1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

4  STATE OF CALIFORNIA, ST ,   Case No. 25-cv-04966-HSG
5  Plaintiff(s),
6  v.   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
7  UNITED STATES OF AMER ,   (CIVIL LOCAL RULE 11-3)
8  Defendant(s).

I, Hannah W. Yindra, an active member in good standing of the bar of State of Vermont, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Vermont in the above-entitled action. My local co-counsel in this case is Margaret Elaine Meckenstock, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268861.

| 109 State Street Montpelier, VT 05609 | 1515 Clay Street, 20th Fl, Oakland, CA 94612 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 802-828-3171 | 510-879-0299 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| hannah.yindra@vermont.gov | Elaine.Meckenstock@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6790.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: June 13, 2025                                    Hannah W. Yindra
                                                           APPLICANT
5

6
7
8  ORDER GRANTING APPLICATION
9  FOR ADMISSION OF ATTORNEY PRO HAC VICE
10

11  IT IS HEREBY ORDERED THAT the application of  Hannah W. Yindra  is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.

15  Dated: 6/13/2025

16
17                                            _____
18                                            UNITED STATES DISTRICT JUDGE



# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Hannah Yindra, #6790** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 14th day of April 2023.

This is to **FURTHER CERTIFY** that the said **Hannah Yindra, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 22nd day of May 2025.

*Emily Wetherell*

Emily Wetherell
Deputy Clerk

