|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

STATE OF CALIFORNIA et al,
    Plaintiff(s),
v.
UNITED STATES OF AMERICA et al,
    Defendant(s).

Case No. 4:25-cv-04966-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Paul Andrew Garrahan, an active member in good standing of the bar of the State of Oregon, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the State of Oregon in the above-entitled action. My local co-counsel in this case is Margaret Elaine Meckenstock, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268861.

| 1162 Court Street NE Salem, OR 97301-4096 | 1515 Clay Street, 20th Floor, Oakland, CA 94612 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 503-947-4590 | 510-879-0299 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| paul.garrahan@doj.oregon.gov | Elaine.Meckenstock@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 980556.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2025                                            /s/Paul Andrew Garrahan
                                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paul Andrew Garrahan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/13/2025

_____
UNITED STATES DISTRICT JUDGE



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

PAUL A. GARRAHAN

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 6th day of May, 1998

PAUL A. GARRAHAN

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

July 17, 2024.

NANCY COZINE
State Court Administrator



Authorized Representative