UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.,

Plaintiff(s),

v.

U.S. EPA, et al.,

Defendant(s).

Case No. 4:25-cv-04966

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, William G Grantham, an active member in good standing of the bar of New Mexico, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of New Mexico in the above-entitled action. My local co-counsel in this case is Margaret Elaine Meckenstock, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268861.

| 201 Third St. NW Ste 300 Albuquerque, NM 87102 | 1515 Clay Street, 20th Floor, Oakland, CA 94612 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 505-717-3520 | 510-879-0299 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| WGrantham@nmdoj.gov | Elanie.Meckenstock@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 14-20.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/18/2025

William G Grantham
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William G Grantham is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 23, 2025

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE