Matthew J. Craig (SBN 350030)
mcraig@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (929) 294-2542
Facsimile: (212) 564-0883

Martin Totaro*
mtotaro@heckerfink.com
HECKER FINK LLP
1050 K Street, NW
Washington, D.C. 20001
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Attorneys for Proposed Plaintiff-Intervenor
Zero Emission Transportation Association*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendants*. | Case No.: 4:25-cv-04966-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

1  I, Martin Totaro, an active member of good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing proposed Plaintiff-Intervenor the Zero Emission Transportation Association in the above-entitled action. My local co-counsel is Matthew J. Craig, an attorney who is a member of the bar of this Court in good standing and maintains an office within the State of California. Local co-counsel's bar number is SBN 350030.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| HECKER FINK LLP | HECKER FINK LLP |
| 1050 K Street NW, Suite 1040 | 1150 S Olive St, Suite 10-140 |
| Washington, D.C. 20001 | Los Angeles, CA 90015 |
| (212) 763-0883 | (929) 294-2542 |
| mtotaro@heckerfink.com | mcraig@heckerfink.com |

I am active member in good standing of the bar of the District of Columbia, as indicated above; my District of Columbia bar number is 983193.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted pro hac vice admission by this Court in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.  /s/ *Martin Totaro*
July 25, 2025  Martin Totaro

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Martin Totaro is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/28/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Martin Vincent Totaro*

*was duly qualified and admitted on September 12, 2008 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 15, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*