**HeckerFink LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

DIRECT DIAL      646.741.5693
DIRECT EMAIL     mtotaro@heckerfink.com

July 29, 2025

**BY CM/ECF**

The Honorable Haywood S. Gilliam, Jr.
United States District Court
Northern District of California
Oakland Courthouse, Courtroom 2 – 4th Floor
1301 Clay Street, Oakland, CA 94612

> Re:   *California v. United States*, No. 4:25-cv-04966-HSG (N.D. Cal.)—
> *Defendants' revised position on ZETA's intervention motion*

Dear Judge Gilliam:

On July 25, 2025, Zero Emission Transportation Association (ZETA) filed a motion to intervene, along with a proposed complaint, in the above-captioned lawsuit. *See* Doc. 43. The motion stated that "Plaintiffs do not oppose this motion," but "Defendants oppose this motion." *Id.* at 2 n.2. Today, Defendants informed ZETA that they are withdrawing their opposition to ZETA's motion to intervene and take no position on the motion. Accordingly, ZETA's motion is now unopposed.

Respectfully submitted,

/s/ *Martin Totaro*
Martin Totaro