Ex. K

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON, | No. 4:25-cv-04966-HSG<br><br>**[PROPOSED]**<br>**ORDER GRANTING MOTION OF**<br>**AMERICAN FREE ENTERPRISE**<br>**CHAMBER OF COMMERCE, ET AL.**<br>**TO INTERVENE AS DEFENDANTS** |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States, | |
| Defendants. | Date:        October 16, 2025<br>Time:        2:00 p.m.<br>Courtroom: 2, 4th Floor Oakland Courthouse<br>Judge:       Hon. Haywood S. Gilliam, Jr. |

American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association having moved to intervene as defendants in the above-captioned case, and the Court having considered all papers filed in connection with this motion, it is **ORDERED, ADJUDGED, and DECREED:**

That the motion is **GRANTED** and American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association,

Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association are admitted as Intervenor-Defendants in the above-captioned case.

Date: _____                     _____
                                                    HON. HAYWOOD S. GILLIAM, JR.
                                                    United States District Judge