Michael Buschbacher*
James R. Conde*
James R. Wedeking*
Laura B. Ruppalt*
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Pro hac vice applications forthcoming

Eric Grant (Bar No. 151064)
John B. Thomas (Bar No. 269538)
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 447-4900
grant@hicks-thomas.com

Counsel for Proposed Intervenor-Defendants
(complete list on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>    Defendants. | No. 4:25-cv-04966-HSG<br><br>**AMENDED NOTICE OF MOTION TO INTERVENE AS DEFENDANTS OF AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, ET AL. (ECF NO. 49)**<br><br><br><br><br><br><br><br>Date:    October 23, 2025<br>Time:    2:00 p.m.<br>Courtroom: 2, 4th Floor Oakland Courthouse<br>Judge:    Hon. Haywood S. Gilliam, Jr. |

1  PLEASE TAKE NOTICE that on October 23, 2025 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 (4th Floor) of the above-named Court (Hon. Haywood S. Gilliam, Jr. presiding), located at 1301 Clay Street, Oakland, California 94612, American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association ("Movants") will, and hereby do, move to intervene as Defendants in this civil action, as described in their motion filed on August 4, 2025 (ECF No. 49).

This AMENDS the notice in ECF No. 49, which specified a hearing date of October 16, 2025.

Dated: August 4, 2025

Respectfully submitted,

*/s/ Eric Grant*

Michael Buschbacher
James R. Conde
James R. Wedeking
Laura B. Ruppalt
Boyden Gray PLLC

Eric Grant
John B. Thomas
Hicks Thomas LLP

Counsel for Proposed Intervenor-Defendants American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association