UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>United States, et al.,<br><br>Defendant(s). | Case No. 4:25-cv-04966-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Laura Ruppalt, an active member in good standing of the bar of the Commonwealth of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Am. Free Enter. Cham. of Com. et al. in the above-entitled action. My local co-counsel in this case is John Bryant Thomas, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 269538.

| 800 Connecticut Ave. NW, Ste. 900<br>Washington, DC 20006 | 701 University Ave., Ste. 106<br>Sacramento, CA 95825 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 955-0620 | (916) 447-4900 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lruppalt@boydengray.com | jthomas@hicks-thomas.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 97202.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/2025

Laura Ruppalt
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura Ruppalt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/6/2025

_Haywood S. Gill, Jr._
UNITED STATES DISTRICT JUDGE

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT LAURA BETH RUPPALT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **LAURA BETH RUPPALT** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 15, 2021**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued October 24, 2024

*DaVida M. Davis*
DaVida M. Davis
**Director of Regulatory Compliance**