1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8

STATE OF CALIFORNIA, et al.   ,

      Plaintiff(s),

  v.

UNITED STATES, et al.   ,

      Defendant(s).

Case No. 4:25-cv-04966-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

9

10   I, Michael B. Schon , an active member in good standing of the bar of

11   the District of Columbia , hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: Proposed Intervenors, AFPM, API, and NACS in the

13   above-entitled action. My local co-counsel in this case is Bradley A. Benbrook , an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is: 177786 .

16

17   200 Massachusetts Ave., NW Washington, DC 20001     701 University Ave., Suite 106 Sacramento, CA 95825

MY ADDRESS OF RECORD                     LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   (512) 693-8350                          (916) 447-4900

19   MY TELEPHONE # OF RECORD                 LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20   mike@lkcfirm.com                         brad@benbrooklawgroup.com

MY EMAIL ADDRESS OF RECORD               LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22   I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: 989893 .

24   A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26   I have been granted pro hac vice admission by the Court 0 times in the 12 months

27   preceding this application.

28

*United States District Court*
*Northern District of California*

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated:  8/8/25                                                    Michael B. Schon
                                                                         APPLICANT

5

6  =====================================================================

7

8                              ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of  Michael B. Schon          is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  8/8/2025

16

17                                          _____
                                                UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Michael Benjamin Schon

was duly qualified and admitted on September 11, 2009 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 01, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*