ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
MICHAEL S. DORSI, State Bar No. 281865
KATHERINE GAUMOND, State Bar No. 349453
CAITLAN MCLOON, State Bar No. 302798
EMMANUELLE S. SOICHET, State Bar No. 290754
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Plaintiff State of California*
(additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND FEDERAL DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND THE COURT'S INITIAL CASE MANAGEMENT DEADLINES**<br><br>(Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*; 5 U.S.C. § 801 *et seq.*) |

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, and this Court's Standing Orders,
2 Plaintiffs State of California et al. and Defendants United States et al. (hereinafter "Federal
3 Defendants"), acting by and through their respective counsel, stipulate and respectfully submit as
4 follows:
5    WHEREAS, Plaintiffs filed their complaint on June 12, 2025, ECF No. 1;
6    WHEREAS, Federal Defendants' deadline to answer or otherwise respond to Plaintiffs'
7 complaint is August 18, 2025, Fed. R. Civ. P. 12(a)(2);
8    WHEREAS, Zero Emission Transportation Association ("ZETA") filed a motion to
9 intervene as a plaintiff and a proposed complaint-in-intervention on July 25, 2025, ECF No. 43,
10 and no party opposes the motion, ECF No. 47;
11    WHEREAS, the Court has not yet ruled on ZETA's motion to intervene;
12    WHEREAS, Plaintiffs and Federal Defendants have met and conferred and agree that a
13 short extension of Federal Defendants' deadline to answer or otherwise respond to Plaintiffs'
14 complaint is warranted;
15    WHEREAS, Plaintiffs and Federal Defendants further agree that, should the Court grant
16 ZETA's motion to intervene, aligning Federal Defendants' deadlines to respond to both Plaintiffs'
17 and ZETA's complaints would promote efficiency and judicial economy;
18    WHEREAS, counsel for Plaintiffs has conferred with counsel for ZETA about this proposal
19 and ZETA consents to the terms of this stipulation regarding the response to its complaint in the
20 event that ZETA's motion to intervene is granted;
21    WHEREAS, Plaintiffs and Federal Defendants propose continuing the deadlines set in the
22 Court's initial case management order, including the case management conference set for
23 September 16, 2025 at 2:00 pm, ECF No. 8, to accommodate the requested extension and
24 alignment of response dates;
25    WHEREAS, two groups of organizations moved to intervene as defendants and both
26 motions are set to be heard on October 23, 2025, ECF Nos. 49, 61;
27    WHEREAS, consistent with Local Rule 6-1(b), this stipulation is being filed with the Court
28 no later than 14 days before the September 16 case management conference; and

WHEREAS, the parties have not previously requested any time modifications in this case;

NOW, THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

1. Federal Defendants shall respond to Plaintiffs' complaint no later than September 19, 2025;

2. In the event the Court grants ZETA's motion to intervene on or before September 19, 2025, Federal Defendants shall respond to ZETA's complaint no later than September 19, 2025. However, if the Court grants ZETA's motion to intervene after September 19, 2025, and Federal Defendants have not yet responded to ZETA's complaint, the deadline to respond to ZETA's complaint shall be governed by the Court's order on ZETA's motion to intervene;

3. The deadline to file ADR Certification and to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is stayed pending further order of this Court;

4. The deadline to make initial disclosures and file a Joint Case Management Statement is stayed pending further order of this Court; and

5. The Initial Case Management Conference is stayed pending further order of this Court.

**IT IS SO STIPULATED.**

Dated: August 13, 2025                    Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          MYUNG J. PARK
                                          Supervising Deputy Attorney General


                                          */s/ M. Elaine Meckenstock*
                                          M. ELAINE MECKENSTOCK
                                          Deputy Attorney General
                                          *Attorneys for Plaintiff State of California*

| | |
|---|---|
| **PHILIP J. WEISER** <br> *Attorney General for the State of Colorado* <br><br> /s/ *Carrie Noteboom* <br> CARRIE NOTEBOOM* <br> Assistant Deputy Attorney General <br> 1300 Broadway, 10th Floor <br> Denver, CO 80203 <br> (720) 508-6285 <br> Carrie.noteboom@coag.gov <br><br> **KATHLEEN JENNINGS** <br> *Attorney General of the State of Delaware* <br><br> By: /s/ *Vanessa L. Kassab* <br> IAN R. LISTON <br> Director of Impact Litigation <br> RALPH K. DURSTEIN III <br> VANESSA L. KASSAB* <br> Deputy Attorneys General <br> Delaware Department of Justice <br> 820 N. French Street <br> Wilmington, DE 19801 <br> (302) 683-8899 <br> vanessa.kassab@delaware.gov <br><br> **ANDREA JOY CAMPBELL** <br> *Attorney General for the Commonwealth of Massachusetts* <br> /s/ *Seth Schofield* <br> SETH SCHOFIELD * <br> Senior Appellate Counsel <br> JON WHITNEY* <br> Special Assistant Attorney General <br> Energy and Environment Bureau <br> Office of the Attorney General <br> One Ashburton Place, 18th Flr. <br> Boston, Mass. 02108 <br> (617) 727-2200 <br> seth.schofield@mass.gov <br> jon.whitney@mass.gov | **MATTHEW J. PLATKIN** <br> *Attorney General for the State of New Jersey* <br><br> /s/ *Lisa J. Morelli* <br> LISA J. MORELLI <br> Deputy Attorney General <br> New Jersey Division of Law <br> 25 Market Street <br> Trenton, New Jersey 08625 <br> (609) 376-2740 <br> Lisa.Morelli@law.njoag.gov <br><br><br> **RAÚL TORREZ** <br> *Attorney General for the State of New Mexico* <br><br> /s/ *William Grantham* <br> WILLIAM GRANTHAM* <br> Assistant Attorney General <br> 408 Galisteo Street <br> Santa Fe, New Mexico 87501 <br> (505) 717-3520 <br> wgrantham@nmdoj.gov <br><br><br><br> **LETITIA JAMES** <br> *Attorney General for the State of New York* <br><br> /s/ *Ashley M. Gregor* <br> ASHLEY M. GREGOR* <br> Assistant Attorney General <br> Environmental Protection Bureau <br> 28 Liberty Street, 19th Floor <br> New York, NY 10005 <br> (212) 416-8454 <br> ashley.gregor@ag.ny.gov |

| | | |
|---|---|---|
| 1 | **DAN RAYFIELD** <br> *Attorney General for the State of Oregon* | **CHARITY R. CLARK** <br> *Attorney General for the State of Vermont* |
| 2 | | |
| 3 | /s/ *Paul Garrahan* <br> PAUL GARRAHAN* <br> Sr. Assistant Attorney General <br> Oregon Department of Justice <br> 1162 Court Street NE <br> Salem, Oregon 97301-4096 <br> (503) 947-4540 <br> Paul.Garrahan@doj.oregon.gov | /s/ *Hannah Yindra* <br> HANNAH YINDRA* <br> Assistant Attorney General <br> Office of the Attorney General <br> 109 State Street <br> Montpelier, VT 05609 <br> (802) 828-3186 <br> Hannah.Yindra@vermont.gov |
| 8 | **PETER F. NERONHA** <br> *Attorney General for the State of Rhode Island* | **NICHOLAS W. BROWN** <br> *Attorney General for the State of Washington* |
| 10 | /s/ *Nicholas M. Vaz* <br> NICHOLAS M. VAZ* <br> Special Assistant Attorney General <br> Office of the Attorney General <br> Chief, Environmental and Energy Unit <br> 150 South Main Street <br> Providence, Rhode Island 02903 <br> (401) 274-4400 ext. 2297 <br> nvaz@riag.ri.gov | /s/ *Alexandria Doolittle* <br> ALEXANDRIA K. DOOLITTLE* <br> Assistant Attorney General <br> Office of the Attorney General <br> P.O. Box 40117 <br> Olympia, Washington 98504-0117 <br> (360) 586-6769 <br> Alex.Doolittle@atg.wa.gov |

*Admitted pro hac vice

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI (FL Bar #1041279)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel:     (202) 305-8576
Email:   stephen.pezzi@usdoj.gov

ROBERT N. STANDER (DC Bar #1028454)
JEFFREY HUGHES (NY Bar #5367214)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:     (202) 717-7067 (Stander)
         (202) 532-3080 (Hughes)
Email:   robert.stander@usdoj.gov
         jeffrey.hughes@usdoj.gov

*Counsel for the United States*

Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

*/s/ M. Elaine Meckenstock*
M. Elaine Meckenstock
Counsel for Plaintiff State of California

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 8/14/2025

HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge