Rob Bonta
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General
Michael S. Dorsi, State Bar No. 281865
Katherine Gaumond, State Bar No. 349453
Caitlan McLoon, State Bar No. 302798
Emmanuelle S. Soichet, State Bar No. 290754
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Plaintiff State of California*
(additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>                      Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO AMFREE ET AL.'S MOTION TO INTERVENE AS DEFENDANTS**<br><br>(Administrative Procedure Act,<br>5 U.S.C. § 701 *et seq.*; 5 U.S.C. § 801 *et seq.*) |

1

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs State of California et al., Defendants United States et al. (hereinafter "Federal Defendants"), and Movant-Intervenor-Defendants American Free Enterprise Chamber of Commerce et al. ("AmFree"), acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, AmFree filed a motion to intervene as defendants on Monday, August 4, ECF No. 49;

WHEREAS, two days later, a second group of organizations—American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores—filed a separate motion to intervene as defendants, ECF No. 61;

WHEREAS, Plaintiffs' current deadlines to respond to the motions are August 18 and August 20, respectively;

WHEREAS, both motions are set to be heard on October 23;

WHEREAS, Plaintiffs, Federal Defendants, and AmFree have met and conferred and agree that it would be most efficient for Plaintiffs to respond to both intervention motions on the same day;

WHEREAS, these parties further agree that an order granting Plaintiffs a two-day extension to their deadline to respond to AmFree's intervention motion would promote judicial economy and pose no prejudice to the parties or the Court;

WHEREAS, the calendared hearing date of October 23 would be unaffected by this change; and

WHEREAS, Plaintiffs and Federal Defendants have previously requested one other time modification in this case, concerning Federal Defendants' deadline for filing a responsive pleading to Plaintiffs' complaint and the Court's initial case management deadlines;

NOW, THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

1. Plaintiffs' deadline to file a response to AmFree's motion to intervene is extended to August 20, 2025; and

2. AmFree's deadline to file a reply in support of its motion to intervene is reset to August 27, 2025.

**IT IS SO STIPULATED.**

Dated: August 13, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Plaintiff State of California*

| | |
|---|---|
| **PHILIP J. WEISER**<br>*Attorney General for the State of Colorado*<br><br>*/s/ Carrie Noteboom*<br>CARRIE NOTEBOOM*<br>Assistant Deputy Attorney General<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6285<br>Carrie.noteboom@coag.gov | **ANDREA JOY CAMPBELL**<br>*Attorney General for the Commonwealth of Massachusetts*<br><br>*/s/ Seth Schofield*<br>SETH SCHOFIELD *<br>Senior Appellate Counsel<br>JON WHITNEY*<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr.<br>Boston, Mass. 02108<br>(617) 727-2200<br>seth.schofield@mass.gov<br>jon.whitney@mass.gov |
| **KATHLEEN JENNINGS**<br>*Attorney General of the State of Delaware*<br><br>By: */s/ Vanessa L. Kassab*<br>IAN R. LISTON<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov | **MATTHEW J. PLATKIN**<br>*Attorney General for the State of New Jersey*<br><br>*/s/ Lisa J. Morelli*<br>LISA J. MORELLI<br>Deputy Attorney General<br>New Jersey Division of Law<br>25 Market Street<br>Trenton, New Jersey 08625<br>(609) 376-2740<br>Lisa.Morelli@law.njoag.gov |

| | |
|---|---|
| **RAÚL TORREZ**<br>*Attorney General for the State of New Mexico*<br><br>  */s/ William Grantham*<br>WILLIAM GRANTHAM*<br>Assistant Attorney General<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br> (505) 717-3520<br>wgrantham@nmdoj.gov | **PETER F. NERONHA**<br>*Attorney General for the State of Rhode Island*<br><br>*/s/ Nicholas M. Vaz*<br>NICHOLAS M.VAZ*<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Chief, Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov |
| **LETITIA JAMES**<br>*Attorney General for the State of New York*<br><br>*/s/ Ashley M. Gregor*<br>ASHLEY M. GREGOR*<br>Assistant Attorney General<br>Environmental Protection Bureau<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-8454<br>ashley.gregor@ag.ny.gov | **CHARITY R. CLARK**<br>*Attorney General for the State of Vermont*<br><br>/s/ *Hannah Yindra*<br>HANNAH YINDRA*<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov |
| **DAN RAYFIELD**<br>*Attorney General for the State of Oregon*<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN*<br>Sr. Assistant Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.oregon.gov | **NICHOLAS W. BROWN**<br>*Attorney General for the State of Washington*<br><br>*/s/ Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE*<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360) 586-6769<br>Alex.Doolittle@atg.wa.gov |

| | |
|---|---|
| */s/ Stephen M. Pezzi*<br>STEPHEN M. PEZZI (FL Bar #1041279)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Tel:   (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br><br>ROBERT N. STANDER (DC Bar #1028454)<br>JEFFREY HUGHES (NY Bar #5367214)<br>United States Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Tel:   (202) 717-7067 (Stander)<br>         (202) 532-3080 (Hughes)<br>Email: robert.stander@usdoj.gov<br>         jeffrey.hughes@usdoj.gov<br><br>*Counsel for the United States* | */s/ James R Conde*<br>James R. Conde\*<br>Michael Buschbacher\*\*<br>James R. Wedeking\*<br>Laura B. Ruppalt\*<br>Boyden Gray PLLC<br>800 Connecticut Avenue NW, Suite 900<br>Washington, D.C. 20006<br>(202) 955-0620<br>mbuschbacher@boydengray.com<br><br>John B. Thomas<br>Hicks Thomas LLP<br>701 University Avenue, Suite 106<br>Sacramento, California 95825<br>(713) 547-9106<br>jthomas@hicks-thomas.com<br><br>*Counsel for Movant-Intervenor-Defendants* |

*\*Admitted pro hac vice*
*\*\*Pro hac vice application pending*

Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

*/s/ M. Elaine Meckenstock*
M. Elaine Meckenstock
Counsel for Plaintiff State of California

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:   8/14/2025

[signature]
HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge

5