# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | |
| Plaintiffs, | |
| v. | Case No. 4:25-cv-04966-HSG |
| UNITED STATES OF AMERICA, et al., | **PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | |

## [PROPOSED] ORDER

For the reasons set for in Defendants' Motion to Dismiss, it is HEREBY:

ORDERED that the Motion to Dismiss is granted; and

FURTHER ORDERED that this action is DISMISSED.

IT IS SO ORDERED.


Dated: _____, 2025


                                                                      _____
                                                                       The Honorable Haywood S. Gilliam, Jr.
                                                                       United States District Judge