1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4     State of California, et al.        ,          Case No. 4:25-cv-04966-HSG

5              Plaintiff(s),

6           v.                                      **APPLICATION FOR ADMISSION
                                                    OF ATTORNEY PRO HAC VICE;**
7     United States of America, et al   ,          **ORDER**
                                                    (CIVIL LOCAL RULE 11-3)
8              Defendant(s).

9

10        I, James K. Rogers         , an active member in good standing of the bar of

11    Arizona                              , hereby respectfully apply for admission to practice pro hac

12    vice in the Northern District of California representing: the State of Texas            in the

13    above-entitled action. My local co-counsel in this case is Brandon Quoc Tran          , an

14    attorney who is a member of the bar of this Court in good standing and who maintains an office

15    within the State of California.  Local co-counsel's bar number is: 223435            .

16    611 Pennsylvania Ave., SE #231, Washington, D.C. 20003      4675 MacArthur Ct, Ste 1410, Newport Beach, CA 92660

17    MY ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18    (202) 964-3721                               (949) 293-1470
      MY TELEPHONE # OF RECORD                     LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
      James.Rogers@aflegal.org                     btran@dhillonlaw.com
20    MY EMAIL ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22        I am an active member in good standing of a United States Court or of the highest court of

23    another State or the District of Columbia, as indicated above; my bar number is: 027287        .

24        A true and correct copy of a certificate of good standing or equivalent official document

25    from said bar is attached to this application.

26        I have been granted pro hac vice admission by the Court 0      times in the 12 months

27    preceding this application.

28

*United States District Court*
*Northern District of California*

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 9/23/2025                                    James K. Rogers
                                                         APPLICANT

5

6    ═══════════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  James K. Rogers          is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: 9/23/2025

16

17    _____
                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                          2

United States District Court
Northern District of California

![STATE BAR OF ARIZONA]

July 7, 2025

James Kenneth Rogers
james.rogers@cantab.net
SENT VIA ELECTRONIC MAIL ONLY

**<u>RE: James Kenneth Rogers.</u>**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

        Admitted in Arizona:          October 29, 2009.
        Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center

