UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, et al., | Case No. 4:25-cv-04966-HSG |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| UNITED STATE OF AMERICA, et al., | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, Robert Earl Henneke, an active member in good standing of the bar of Western District of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Western States Trucking Assoc. a in the above-entitled action. My local co-counsel in this case is Eric William Heigis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 343828.

| 901 Congress Avenue, Austin, TX 78701 | 12222 Moorpark Street Apt. 201, Studio City, CA 91604 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (512) 472-2700 | (512) 472-2700 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rhenneke@texaspolicy.com | eheigis@texaspolicy.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24046058.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/2025

Robert Earl Henneke
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert Earl Henneke is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/25/2025

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# Certificate of Good Standing

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that ROBERT E. HENNEKE, Bar #24046058, was duly admitted to practice in said Court on 2/17/2005, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on 9/15/2025.

*PHILIP J. DEVLIN, Clerk*

BY: _____

