Sean Howell, Bar No. 315967
GIBSON, DUNN & CRUTCHER
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Tel.: 415-393-8355
Fax: 415-801-7364
showell@gibsondunn.com

Raymond B. Ludwiszewski (*pro hac vice*)
Rachel Levick (*pro hac vice*)
GIBSON, DUNN & CRUTCHER
1700 M Street, NW
Washington, DC 20036
Tel.: 202-955-8500
Fax: 202-467-0539
rludwiszewski@gibsondunn.com
rlevick@gibsondunn.com

*Attorneys for Proposed Defendant-Intervenors*
*The Alliance for Automotive Innovation and*
*The National Automobile Dealers Association*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No.    4:25-cv-04966-HSG |
| Plaintiffs, | |
| v. | **DECLARATION OF RACHEL LEVICK IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO INTERVENE BY ALLIANCE FOR AUTOMOTIVE INNOVATION AND THE NATIONAL AUTOMOBILE DEALERS ASSOCIATION** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

I, hereby, declare and state as follows:

1.      I am an attorney duly licensed to practice law before the courts of the District of Columbia and the State of Maryland.  By order of this Court, I am able to practice *pro hac vice* in this matter.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing the Alliance for Automotive Innovation and the National Automobile Dealers Association in the above-entitled action.  Unless otherwise stated, I have personal knowledge of the facts stated in this declaration and, if asked to testify to them, I would do so competently.

2.      Attached as **Exhibit 1** is a true and correct copy of the California Air Resources Board's September 15, 2025 Notice of Emergency Rulemaking, last accessed on September 26, 2025, at https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/emergencyvehemissions/notice.pdf.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of September, 2025, in New York, New York.


By:  */s/ Rachel Levick*

Rachel Levick

1

Gibson, Dunn & Crutcher LLP