David L. Rosenthal (CA Bar #314344)
  david@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Of Counsel*
Thomas R. McCarthy
  tom@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Counsel for AMICI CURIAE*
THE TRUCK RENTING AND LEASING ASSOCIATION,
NATIONAL PROPANE GAS ASSOCIATION,
WESTERN PROPANE GAS ASSOCATION, AND
PROPANE GAS ASSOCIATION OF NEW ENGLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>  *Defendants*. | CASE NO. 4:25-cv-04966-HSG<br><br>**AMENDED NOTICE OF MOTION FOR LEAVE TO FILE AN AMICI BRIEF OF THE TRUCK RENTING AND LEASING ASSOCIATION, et al. (ECF NO. 139)**<br><br>Date: November 20, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor, Oakland Courthouse<br>Judge: Hon. Haywood S. Gilliam, Jr. |

# AMENDED NOTICE OF MOTION

## TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on November 20, 2025, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 (4th Floor) of the above-named Court (Hon. Haywood S. Gilliam, Jr. presiding), located at 1301 Clay Street, Oakland, California 94612, the Truck Renting and Leasing Association, National Propane Gas Association, Western Propane Gas Association, and Propane Gas Association of New England will, and hereby do, move for leave to file an amici curiae brief, as described in their motion filed September 26, 2025 (ECF No. 139).

This AMENDS the notice in ECF No. 139, which specified a hearing date of October 23, 2025. Movants also attach to this filing an amended proposed order for the motion filed at ECF No. 139, updating the hearing date in the caption.

Dated: September 29, 2025

Respectfully submitted,

 /s/ David L. Rosenthal

David L. Rosenthal (CA Bar #314344)
  david@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Of Counsel*
Thomas R. McCarthy
  tom@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Counsel for Amici Curiae*
*The Truck Renting and Leasing Association,*
*National Propane Gas Association,*
*Western Propane Gas Association, &*
*Propane Gas Association of New England*

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2025, I filed this document via the Court's CM/ECF system, which will email everyone requiring notice.

                            */s/ David L. Rosenthal*
                            David L. Rosenthal