ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*
JEFFREY HUGHES (NY Bar #5367214)
MARTHA C. MANN (FL Bar #155950)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 717-7067 (Stander)
        (202) 532-3080 (Hughes)
Email: robert.stander@usdoj.gov
         jeffrey.hughes@usdoj.gov

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
Civil Division
JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch
STEPHEN M. PEZZI (FL Bar #1041279)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel:   (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 4:25-cv-04966-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER FOR ABEYANCE OF UNITED STATES' DEADLINE TO RESPOND TO PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS** |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties submit this Stipulated Request for an abeyance of the United States' deadline to respond to Plaintiffs' Notice of Pendency of Other Actions and respectfully request that the Court enter an order accordingly.

1. On September 26, 2025, Plaintiffs the State of California, et al. (hereinafter "Plaintiff States") filed a Notice of Pendency of Other Actions pursuant to Local Rule 3-13. Dkt. No. 142.

2. Under Local Rule 3-13(c), any response by Defendants the United States of America, et al. is due October 10, 2025.

3. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

4. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. Undersigned counsel for the Department of Justice therefore requires a stay of the response deadline until Congress has restored appropriations to the Department.

6. The parties request that the Court enter this stipulation, under which undersigned counsel for the United States will notify the Court as soon as Congress has appropriated funds for the Department. At that point, the current deadline for the United States' response to Plaintiff States' Notice of Pendency of Other Actions (Dkt. No. 142) will be extended commensurate with the duration of the lapse in appropriations – i.e., the deadline is extended by the total number of days of the lapse in appropriations.

| | |
|---|---|
| Dated: October 3, 2025 | Respectfully submitted, |
| | */s/ Martha C. Mann* <br> MARTHA C. MANN (FL Bar # 155950) <br> U.S. Department of Justice <br> Environmental Defense Section <br> P.O. Box 7611 <br> Washington, D.C. 20044-7611 <br> paul.cirino@usdoj.gov <br> Telephone: (202) 353-5900 <br> Facsimile: (202) 514-8865 |
| | *Attorney for Defendants* |
| Dated: October 3, 2025 | ROB BONTA <br> Attorney General of California <br> MYUNG J. PARK <br> Supervising Deputy Attorney General |
| | */s/ M. Elaine Meckenstock* <br> M. ELAINE MECKENSTOCK <br> Deputy Attorney General <br> *Attorneys for Plaintiff State of California* |

**PHILIP J. WEISER**
*Attorney General for the State of Colorado*

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM*
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
carrie.noteboom@coag.gov

**KATHLEEN JENNINGS**
*Attorney General of the State of Delaware*

By: */s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

| | | |
|---|---|---|
| 1 | **ANDREA JOY CAMPBELL** | **LETITIA JAMES** |
| 2 | *Attorney General for the Commonwealth of Massachusetts* | *Attorney General for the State of New York* |
| 3 | | /s/ Ashley M. Gregor |
| 4 | /s/ Seth Schofield | ASHLEY M. GREGOR* |
| | SETH SCHOFIELD* | Assistant Attorney General |
| 5 | Senior Appellate Counsel | Environmental Protection Bureau |
| | JON WHITNEY* | 28 Liberty Street, 19th Floor |
| 6 | Special Assistant Attorney General | New York, NY 10005 |
| 7 | Energy and Environment Bureau | (212) 416-8454 |
| | Office of the Attorney General | ashley.gregor@ag.ny.gov |
| 8 | One Ashburton Place, 18th Flr. | |
| | Boston, Mass. 02108 | |
| 9 | (617) 727-2200 | |
| 10 | seth.schofield@mass.gov | |
| | jon.whitney@mass.gov | |
| 11 | | |
| 12 | **MATTHEW J. PLATKIN** | **DAN RAYFIELD** |
| 13 | *Attorney General for the State of New Jersey* | *Attorney General for the State of Oregon* |
| 14 | /s/ Lisa J. Morelli | /s/ Paul Garrahan |
| | LISA J. MORELLI | PAUL GARRAHAN* |
| 15 | Deputy Attorney General | Sr. Assistant Attorney General |
| 16 | New Jersey Division of Law | Oregon Department of Justice |
| | 25 Market Street | 1162 Court Street NE |
| 17 | Trenton, New Jersey 08625 | Salem, Oregon 97301-4096 |
| | (609) 376-2740 | (503) 947-4540 |
| 18 | Lisa.Morelli@law.njoag.gov | Paul.Garrahan@doj.oregon.gov |
| 19 | | |
| 20 | **RAÚL TORREZ** | **PETER F. NERONHA** |
| 21 | *Attorney General for the State of New Mexico* | *Attorney General for the State of Rhode Island* |
| 22 | /s/ William Grantham | /s/ Nicholas M. Vaz |
| 23 | WILLIAM GRANTHAM* | NICHOLAS M. VAZ* |
| | Assistant Attorney General | Special Assistant Attorney General |
| 24 | 408 Galisteo Street | Office of the Attorney General |
| 25 | Santa Fe, New Mexico 87501 | Chief, Environmental and Energy Unit |
| | (505) 717-3520 | 150 South Main Street |
| 26 | wgrantham@nmdoj.gov | Providence, Rhode Island 02903 |
| 27 | | (401) 274-4400 ext. 2297 |
| | | nvaz@riag.ri.gov |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:25-CV-04966

3

| | |
|---|---|
| **CHARITY R. CLARK** <br> *Attorney General for the State of Vermont* <br><br> /s/ *Hannah Yindra* <br> HANNAH YINDRA* <br> Assistant Attorney General <br> Office of the Attorney General <br> 109 State Street <br> Montpelier, VT 05609 <br> (802) 828-3186 <br> Hannah.Yindra@vermont.gov | **NICHOLAS W. BROWN** <br> *Attorney General for the State of Washington* <br><br> */s/ Alexandria Doolittle* <br> ALEXANDRIA K. DOOLITTLE* <br> Assistant Attorney General <br> Office of the Attorney General <br> P.O. Box 40117 <br> Olympia, Washington 98504-0117 <br> (360- 586-6769 <br> Alex.Doolittle@atg.wa.gov |

*Admitted pro hac vice

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, it is so ordered.  The United States' response to Plaintiff States' Notice of Pendency of Other Actions shall be filed according to the Parties' stipulation.

Dated: _____, 2025

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge