| | |
|---|---|
| ADAM R.F. GUSTAFSON | YAAKOV M. ROTH |
| *Acting Assistant Attorney General* | *Principal Deputy Assistant Attorney General* |
| ROBERT N. STANDER (DC Bar #1028454) | Civil Division |
| *Deputy Assistant Attorney General* | JOSEPH E. BORSON |
| JEFFREY HUGHES (NY Bar #5367214) | *Assistant Branch Director* |
| MARTHA C. MANN (FL Bar #155950) | Federal Programs Branch |
| United States Department of Justice | STEPHEN M. PEZZI (FL Bar #1041279) |
| Environment and Natural Resources Division | United States Department of Justice |
| P.O. Box 7611 | Civil Division, Federal Programs Branch |
| Washington, D.C. 20044 | 1100 L Street, NW |
| Tel:  (202) 717-7067 (Stander) | Washington, D.C. 20005 |
|      (202) 532-3080 (Hughes) | Tel:  (202) 305-8576 |
| Email: robert.stander@usdoj.gov | Email: stephen.pezzi@usdoj.gov |
|       jeffrey.hughes@usdoj.gov | |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 4:25-cv-04966-HSG <br><br> **STIPULATION AND ORDER FOR ABEYANCE OF UNITED STATES' DEADLINE TO RESPOND TO PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS** |

      Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties submit this Stipulated Request for an abeyance of the United States' deadline to respond to Plaintiffs' Notice of Pendency of Other Actions and respectfully request that the Court enter an order accordingly.

1. On September 26, 2025, Plaintiffs the State of California, et al. (hereinafter "Plaintiff States") filed a Notice of Pendency of Other Actions pursuant to Local Rule 3-13. Dkt. No. 142.

2. Under Local Rule 3-13(c), any response by Defendants the United States of America, et al. is due October 10, 2025.

3. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

4. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. Undersigned counsel for the Department of Justice therefore requires a stay of the response deadline until Congress has restored appropriations to the Department.

6. The parties request that the Court enter this stipulation, under which undersigned counsel for the United States will notify the Court as soon as Congress has appropriated funds for the Department. At that point, the current deadline for the United States' response to Plaintiff States' Notice of Pendency of Other Actions (Dkt. No. 142) will be extended commensurate with the duration of the lapse in appropriations – i.e., the deadline is extended by the total number of days of the lapse in appropriations.

| | |
|---|---|
| Dated: October 3, 2025 | Respectfully submitted,<br><br>*/s/ Martha C. Mann*<br>MARTHA C. MANN (FL Bar # 155950)<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>paul.cirino@usdoj.gov<br>Telephone: (202) 353-5900<br>Facsimile: (202) 514-8865<br><br>*Attorney for Defendants* |
| Dated: October 3, 2025 | ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br><br>*/s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California* |
| **PHILIP J. WEISER**<br>*Attorney General for the State of Colorado*<br><br>*/s/ Carrie Noteboom*<br>CARRIE NOTEBOOM*<br>Assistant Deputy Attorney General<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6285<br>carrie.noteboom@coag.gov | **KATHLEEN JENNINGS**<br>*Attorney General of the State of Delaware*<br><br>By: */s/ Vanessa L. Kassab*<br>IAN R. LISTON<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov |

**ANDREA JOY CAMPBELL**
*Attorney General for the Commonwealth of Massachusetts*

*/s/ Seth Schofield*
SETH SCHOFIELD*
Senior Appellate Counsel
JON WHITNEY*
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

**LETITIA JAMES**
*Attorney General for the State of New York*

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR*
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

**MATTHEW J. PLATKIN**
*Attorney General for the State of New Jersey*

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

**DAN RAYFIELD**
*Attorney General for the State of Oregon*

*/s/ Paul Garrahan*
PAUL GARRAHAN*
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**RAÚL TORREZ**
*Attorney General for the State of New Mexico*

*/s/ William Grantham*
WILLIAM GRANTHAM*
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

**PETER F. NERONHA**
*Attorney General for the State of Rhode Island*

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ*
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

| | |
|---|---|
| **CHARITY R. CLARK** <br> *Attorney General for the State of Vermont* <br><br> /s/ *Hannah Yindra* <br> HANNAH YINDRA* <br> Assistant Attorney General <br> Office of the Attorney General <br> 109 State Street <br> Montpelier, VT 05609 <br> (802) 828-3186 <br> Hannah.Yindra@vermont.gov | **NICHOLAS W. BROWN** <br> *Attorney General for the State of Washington* <br><br> /s/ *Alexandria Doolittle* <br> ALEXANDRIA K. DOOLITTLE* <br> Assistant Attorney General <br> Office of the Attorney General <br> P.O. Box 40117 <br> Olympia, Washington 98504-0117 <br> (360- 586-6769 <br> Alex.Doolittle@atg.wa.gov |

*Admitted pro hac vice

In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.

## ORDER

PURSUANT TO STIPULATION, it is so ordered. The United States' response to Plaintiff States' Notice of Pendency of Other Actions shall be filed according to the Parties' stipulation.

Dated: 10/3/2025

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER
CASE NO. 4:25-cv-04966

4