ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
CECILIA D. SEGAL, State Bar No. 310935
KATHERINE GAUMOND, State Bar No. 349453
CAITLAN MCLOON, State Bar No. 302798
EMMANUELLE S. SOICHET, State Bar No. 290754
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Plaintiff State of California*
(additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; NOTICE OF ELECTION TO FILE AMENDED COMPLAINT PURSUANT TO RULE 15(a)(1)(B)**<br><br>Date:      No Hearing Scheduled<br><br>**Judge:      Hon. Haywood S. Gilliam, Jr.**<br><br>**Action filed:** June 12, 2025 |

Plaintiffs State of California et al. ("Plaintiff States") respectfully submit this opposition to the motion to dismiss filed by Defendants United States et al. ("Federal Defendants") on September 19, 2025 ("Motion") (ECF No. 118). This opposition does not address Federal Defendants' arguments as set forth in the Motion, but rather provides notice that Plaintiff States intend to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1).

Federal Rule of Civil Procedure 15 allows a party to "amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of the responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. Proc. 15(a)(1).

When an amended complaint is filed, it supersedes the original complaint and moots any pending motion to dismiss. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (district court erred in granting motion to dismiss to superseded complaint); *Reckstin Fam. Tr. v. C3.ai, Inc.*, No. 22-CV-01413-HSG, 2025 WL 490470, at *1 (N.D. Cal. Feb. 13, 2025) (granting plaintiffs leave to amend and terminating pending motions to dismiss as moot). This is the case even if a plaintiff amends his complaint after failing to timely oppose a motion to dismiss, as local rules governing motion practice cannot interfere with the plaintiff's right to file an amended complaint set forth in Rule 15. *Ramirez*, 806 F.3d at 1004, 1008; *see* Fed. R. Civ. Proc. 83(a)(1) ("[a] local rule must be consistent with . . . federal statutes and rules"); 28 U.S. Code § 2072(b).

Here, Federal Defendants filed the Motion on September 19, 2025. ECF No. 118. Under Local Rule 7-3(a), Plaintiff States' opposition to the Motion, if any, is due October 3, 2025. However, pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff States may file an amended complaint on or before October 10, 2025. Given this difference in timing between the local and federal rules, Plaintiff States hereby provide notice that they intend to file an amended complaint pursuant to Federal Rule of Procedure 15 (a)(1)(B). As such, the pending Motion shall be rendered moot upon the filing of the amended complaint.

The Court will not need to take further action to vacate the hearing on the Motion, as the hearing date was already vacated and has not yet been reset.

1

Dated:  October 3, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General


*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Plaintiff State of California*


**PHILIP J. WEISER**
*Attorney General for the State of Colorado*

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov

**ANDREA JOY CAMPBELL**
*Attorney General for the Commonwealth of Massachusetts*

*/s/ Seth Schofield*
SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov


**KATHLEEN JENNINGS**
*Attorney General of the State of Delaware*

By: */s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**MATTHEW J. PLATKIN**
*Attorney General for the State of New Jersey*

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

**RAÚL TORREZ**
*Attorney General for the State of New Mexico*

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

**LETITIA JAMES**
*Attorney General for the State of New York*

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

**DAN RAYFIELD**
*Attorney General for the State of Oregon*

*/s/ Paul Garrahan*
PAUL GARRAHAN
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**PETER F. NERONHA**
*Attorney General for the State of Rhode Island*

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

**CHARITY R. CLARK**
*Attorney General for the State of Vermont*

/s/ *Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**NICHOLAS W. BROWN**
*Attorney General for the State of Washington*

*/s/ Alexandria Doolittle*
ALEXANDRIA K. DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

3

1

2

3   Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

4   */s/ M. Elaine Meckenstock*
    M. Elaine Meckenstock
5   Counsel for Plaintiff State of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28