ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
CECILIA D. SEGAL, State Bar No. 310935
KATHERINE GAUMOND, State Bar No. 349453
CAITLAN MCLOON, State Bar No. 302798
EMMANUELLE S. SOICHET, State Bar No. 290754
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Plaintiff State of California*
(additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>                    Plaintiffs,<br><br>      **v.**<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>                    Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**PLAINTIFFS' OPPOSITION TO STATE OF IOWA ET AL.'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF DISMISSAL**<br><br>Date:     No Hearing Scheduled<br>Time:    N/A<br>**Judge:   Hon. Haywood S. Gilliam, Jr.**<br><br>**Action filed:** June 12, 2025 |

1     Plaintiffs State of California et al. ("Plaintiff States") respectfully submit this opposition to Proposed Amici Curiae State of Iowa et al.'s ("Amici") Motion for Leave to File Amicus Curiae Brief In Support of Dismissal filed on September 22, 2025 ("Motion"). ECF No. 120.

    In their Motion, Amici seek leave of this Court to file a brief supporting the pending motion to dismiss filed by Defendants United States et al. on September 19, 2025 (ECF No. 118). ECF No. 120. However, Plaintiff States have notified the Court and parties of their intention to file an amended complaint as of right under Federal Rule of Civil Procedure 15(a)(1)(B). ECF No. 151. The amended complaint will supersede the original complaint and therefore render the pending motion to dismiss moot. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015); *Reckstin Fam. Tr. v. C3.ai, Inc.*, No. 22-CV-01413-HSG, 2025 WL 490470, at *1 (N.D. Cal. Feb. 13, 2025); *see* ECF No. 151. Because the underlying motion to dismiss that Amici seek to support is moot, so is Amici's request and it should be denied without a hearing.

    For these reasons, Plaintiff States oppose Amici's Motion.

Dated: October 6, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Plaintiff State of California*

(*Additional signatures below*)

| | |
|---|---|
| **PHILIP J. WEISER**<br>*Attorney General for the State of Colorado*<br><br>*/s/ Carrie Noteboom*<br>CARRIE NOTEBOOM<br>Assistant Deputy Attorney General<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6285<br>Carrie.noteboom@coag.gov | **MATTHEW J. PLATKIN**<br>*Attorney General for the State of New Jersey*<br><br>*/s/ Lisa J. Morelli*<br>LISA J. MORELLI<br>Deputy Attorney General<br>New Jersey Division of Law<br>25 Market Street<br>Trenton, New Jersey 08625<br>(609) 376-2740<br>Lisa.Morelli@law.njoag.gov |
| **KATHLEEN JENNINGS**<br>*Attorney General of the State of Delaware*<br><br>By: */s/ Vanessa L. Kassab*<br>IAN R. LISTON<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov | **RAÚL TORREZ**<br>*Attorney General for the State of New Mexico*<br><br>*/s/ William Grantham*<br>WILLIAM GRANTHAM<br>Assistant Attorney General<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 717-3520<br>wgrantham@nmdoj.gov |
| **ANDREA JOY CAMPBELL**<br>*Attorney General for the Commonwealth of Massachusetts*<br><br>*/s/ Seth Schofield*<br>SETH SCHOFIELD<br>Senior Appellate Counsel<br>JON WHITNEY<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr.<br>Boston, Mass. 02108<br>(617) 727-2200<br>seth.schofield@mass.gov<br>jon.whitney@mass.gov | **LETITIA JAMES**<br>*Attorney General for the State of New York*<br><br>*/s/ Ashley M. Gregor*<br>ASHLEY M. GREGOR<br>Assistant Attorney General<br>Environmental Protection Bureau<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-8454<br>ashley.gregor@ag.ny.gov |

| | |
|---|---|
| **DAN RAYFIELD**<br>*Attorney General for the State of Oregon*<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN<br>Sr. Assistant Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.oregon.gov | **CHARITY R. CLARK**<br>*Attorney General for the State of Vermont*<br><br>*/s/ Hannah Yindra*<br>HANNAH YINDRA<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov |
| **PETER F. NERONHA**<br>*Attorney General for the State of Rhode Island*<br><br>*/s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Chief, Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov | **NICHOLAS W. BROWN**<br>*Attorney General for the State of Washington*<br><br>*/s/ Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360) 586-6769<br>Alex.Doolittle@atg.wa.gov |

Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

*/s/ M. Elaine Meckenstock*
M. Elaine Meckenstock
Counsel for Plaintiff State of California