| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | MYUNG J. PARK<br>Supervising Deputy Attorney General |
| 3 | CECILIA D. SEGAL, State Bar No. 310935<br>KATHERINE GAUMOND, State Bar No. 349453 |
| 4 | CAITLAN MCLOON, State Bar No. 302798<br>EMMANUELLE S. SOICHET, State Bar No. 290754 |
| 5 | M. ELAINE MECKENSTOCK, State Bar No. 268861<br>Deputy Attorney General |
| 6 |   1515 Clay Street, 20th Floor<br>  P.O. Box 70550 |
| 7 |   Oakland, CA  94612-0550<br>  Telephone:  (510) 879-0299 |
| 8 |   Fax:  (510) 622-2270<br>  E-mail:  Elaine.Meckenstock@doj.ca.gov |
| 9 | *Attorneys for Plaintiff State of California*<br>(additional counsel on signature pages) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>                                       Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>                                       Defendants. | Case No. 4:25-cv-04966-HSG<br><br><br><br><br><br>**PLAINTIFFS' OPPOSITION TO U.S. HOUSE OF REPRESENTATIVE'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:      Nov. 20, 2025<br>Time:      2:00 p.m.<br>Judge:    Hon. Haywood S. Gilliam, Jr.<br><br>Action filed: June 12, 2025 |

Plaintiffs State of California et al. ("Plaintiff States") respectfully submit this opposition to Proposed Amicus Curiae United States House of Representatives' ("Amicus") Motion for Leave to File Brief as Amicus Curiae In Support of Defendants' Motion to Dismiss filed on September 26, 2025 ("Motion").  ECF No. 138.

In its Motion, Amicus seeks leave of this Court to file a brief supporting the pending motion to dismiss filed by Defendants United States et al. on September 19, 2025 (ECF No. 118). ECF No. 138.  However, Plaintiff States have notified the Court and parties of their intention to file an amended complaint as of right under Federal Rule of Civil Procedure 15(a)(1)(B).  ECF No. 151.  The amended complaint will supersede the original complaint and therefore render the pending motion to dismiss moot.  *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015); *Reckstin Fam. Tr. v. C3.ai, Inc.*, No. 22-CV-01413-HSG, 2025 WL 490470, at *1 (N.D. Cal. Feb. 13, 2025); *see* ECF No. 151.  Because the underlying motion to dismiss that Amicus seeks to support is moot, so is Amicus's request and it should be denied without a hearing.

For these reasons, Plaintiff States oppose Amicus's Motion.

Dated:  October 10, 2025                    Respectfully submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            MYUNG J. PARK
                                            Supervising Deputy Attorney General


                                            */s/ M. Elaine Meckenstock*
                                            M. ELAINE MECKENSTOCK
                                            Deputy Attorney General
                                            *Attorneys for Plaintiff State of California*

(*Additional signatures below*)

1

Pls.' Opp. to U.S. House of Reps.' Mot. to File Amicus Brief (4:25-cv-04966-HSG)

| | | |
|---|---|---|
| 1 | **PHILIP J. WEISER** | **MATTHEW J. PLATKIN** |
| | *Attorney General for the State of Colorado* | *Attorney General for the State of New Jersey* |
| 2 | | |
| 3 | /s/ *Carrie Noteboom* | /s/ *Lisa J. Morelli* |
| | CARRIE NOTEBOOM | LISA J. MORELLI |
| 4 | Assistant Deputy Attorney General | Deputy Attorney General |
| | 1300 Broadway, 10th Floor | New Jersey Division of Law |
| 5 | Denver, CO 80203 | 25 Market Street |
| | (720) 508-6285 | Trenton, New Jersey 08625 |
| 6 | Carrie.noteboom@coag.gov | (609) 376-2740 |
| 7 | | Lisa.Morelli@law.njoag.gov |
| 8 | | |
| 9 | **KATHLEEN JENNINGS** | **RAÚL TORREZ** |
| 10 | *Attorney General of the State of Delaware* | *Attorney General for the State of New Mexico* |
| 11 | By: /s/ *Vanessa L. Kassab* | |
| | IAN R. LISTON | /s/ *William Grantham* |
| 12 | Director of Impact Litigation | WILLIAM GRANTHAM |
| | RALPH K. DURSTEIN III | Assistant Attorney General |
| 13 | VANESSA L. KASSAB | 408 Galisteo Street |
| | Deputy Attorneys General | Santa Fe, New Mexico 87501 |
| 14 | Delaware Department of Justice | (505) 717-3520 |
| 15 | 820 N. French Street | wgrantham@nmdoj.gov |
| | Wilmington, DE 19801 | |
| 16 | (302) 683-8899 | |
| 17 | vanessa.kassab@delaware.gov | |
| 18 | | |
| 19 | **ANDREA JOY CAMPBELL** | **LETITIA JAMES** |
| 20 | *Attorney General for the Commonwealth of Massachusetts* | *Attorney General for the State of New York* |
| 21 | /s/ *Seth Schofield* | /s/ *Ashley M. Gregor* |
| 22 | SETH SCHOFIELD | ASHLEY M. GREGOR |
| | Senior Appellate Counsel | Assistant Attorney General |
| 23 | JON WHITNEY | Environmental Protection Bureau |
| | Special Assistant Attorney General | 28 Liberty Street, 19th Floor |
| 24 | Energy and Environment Bureau | New York, NY 10005 |
| | Office of the Attorney General | (212) 416-8454 |
| 25 | One Ashburton Place, 18th Flr. | ashley.gregor@ag.ny.gov |
| 26 | Boston, Mass. 02108 | |
| | (617) 727-2200 | |
| 27 | seth.schofield@mass.gov | |
| | jon.whitney@mass.gov | |
| 28 | | |

2

Pls.' Opp. to U.S. House of Reps.' Mot. to File Amicus Brief (4:25-cv-04966-HSG)

| | |
|---|---|
| **DAN RAYFIELD**<br>*Attorney General for the State of Oregon*<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN<br>Sr. Assistant Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.oregon.gov | **CHARITY R. CLARK**<br>*Attorney General for the State of Vermont*<br><br>*/s/ Hannah Yindra*<br>HANNAH YINDRA<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov |
| **PETER F. NERONHA**<br>*Attorney General for the State of Rhode Island*<br><br>*/s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Chief, Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov | **NICHOLAS W. BROWN**<br>*Attorney General for the State of Washington*<br><br>*/s/ Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360) 586-6769<br>Alex.Doolittle@atg.wa.gov |

Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

*/s/ M. Elaine Meckenstock*
M. Elaine Meckenstock
Counsel for Plaintiff State of California

3

Pls.' Opp. to U.S. House of Reps.' Mot. to File Amicus Brief (4:25-cv-04966-HSG)