1   ROB BONTA
    Attorney General of California
2   MYUNG J. PARK
    Supervising Deputy Attorney General
3   CECILIA D. SEGAL, State Bar No. 310935
    KATHERINE GAUMOND, State Bar No. 349453
4   CAITLAN MCLOON, State Bar No. 302798
    EMMANUELLE S. SOICHET, State Bar No. 290754
5   M. ELAINE MECKENSTOCK, State Bar No. 268861
    Deputy Attorney General
6      1515 Clay Street, 20th Floor
       P.O. Box 70550
7      Oakland, CA  94612-0550
       Telephone:  (510) 879-0299
8      Fax:  (510) 622-2270
       E-mail:  Elaine.Meckenstock@doj.ca.gov
9   *Attorneys for Plaintiff State of California*
    (additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**PLAINTIFFS' OPPOSITION TO TRUCK RENTING AND LEASING ASSOCIATION ET AL.'S MOTION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   Nov. 20, 2025<br>Time:   2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Action filed: June 12, 2025 |

Plaintiffs State of California et al. ("Plaintiff States") respectfully submit this opposition to Proposed Amici Curiae Truck Renting and Leasing Association et al.'s ("Amici") Motion for Leave to File An Amicus Curiae Brief In Support of Defendants' Motion to Dismiss filed on September 26, 2025 ("Motion"). ECF No. 139.

In their Motion, Amici seek leave of this Court to file a brief supporting the pending motion to dismiss filed by Defendants United States et al. on September 19, 2025 (ECF No. 118). ECF No. 139. However, Plaintiff States have notified the Court and parties of their intention to file an amended complaint as of right under Federal Rule of Civil Procedure 15(a)(1)(B). ECF No. 151. The amended complaint will supersede the original complaint and therefore render the pending motion to dismiss moot. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015); *Reckstin Fam. Tr. v. C3.ai, Inc.*, No. 22-CV-01413-HSG, 2025 WL 490470, at *1 (N.D. Cal. Feb. 13, 2025); *see* ECF No. 151. Because the underlying motion to dismiss that Amici seek to support is moot, so is Amici's request and it should be denied without a hearing.[1]

For these reasons, Plaintiff States oppose Amici's Motion.

Dated: October 10, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Plaintiff State of California*

(*Additional signatures below*)

---

[1] The Motion was re-noticed and set for hearing on November 20, 2025. ECF No. 144.

| | | |
|---|---|---|
| 1 | **PHILIP J. WEISER** | **MATTHEW J. PLATKIN** |
| 2 | *Attorney General for the State of Colorado* | *Attorney General for the State of New Jersey* |

*/s/ Carrie Noteboom* — /s/ Lisa J. Morelli
CARRIE NOTEBOOM — LISA J. MORELLI
Assistant Deputy Attorney General — Deputy Attorney General
1300 Broadway, 10th Floor — New Jersey Division of Law
Denver, CO 80203 — 25 Market Street
(720) 508-6285 — Trenton, New Jersey 08625
Carrie.noteboom@coag.gov — (609) 376-2740
— Lisa.Morelli@law.njoag.gov

**KATHLEEN JENNINGS** — **RAÚL TORREZ**
*Attorney General of the State of Delaware* — *Attorney General for the State of New Mexico*

By: /s/ *Vanessa L. Kassab* — /s/ *William Grantham*
IAN R. LISTON — WILLIAM GRANTHAM
Director of Impact Litigation — Assistant Attorney General
RALPH K. DURSTEIN III — 408 Galisteo Street
VANESSA L. KASSAB — Santa Fe, New Mexico 87501
Deputy Attorneys General — (505) 717-3520
Delaware Department of Justice — wgrantham@nmdoj.gov
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**ANDREA JOY CAMPBELL** — **LETITIA JAMES**
*Attorney General for the Commonwealth of Massachusetts* — *Attorney General for the State of New York*

/s/ Seth Schofield — /s/ Ashley M. Gregor
SETH SCHOFIELD — ASHLEY M. GREGOR
Senior Appellate Counsel — Assistant Attorney General
JON WHITNEY — Environmental Protection Bureau
Special Assistant Attorney General — 28 Liberty Street, 19th Floor
Energy and Environment Bureau — New York, NY 10005
Office of the Attorney General — (212) 416-8454
One Ashburton Place, 18th Flr. — ashley.gregor@ag.ny.gov
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

| | |
|---|---|
| **DAN RAYFIELD**<br>*Attorney General for the State of Oregon*<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN<br>Sr. Assistant Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.oregon.gov | **CHARITY R. CLARK**<br>*Attorney General for the State of Vermont*<br><br>*/s/ Hannah Yindra*<br>HANNAH YINDRA<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov |
| **PETER F. NERONHA**<br>*Attorney General for the State of Rhode Island*<br><br>*/s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Chief, Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov | **NICHOLAS W. BROWN**<br>*Attorney General for the State of Washington*<br><br>*/s/ Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360) 586-6769<br>Alex.Doolittle@atg.wa.gov |

Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

*/s/ M. Elaine Meckenstock*
M. Elaine Meckenstock
Counsel for Plaintiff State of California