1 | Michael Buschbacher (*pro hac vice*)
2 | James R. Conde (*pro hac vice*)
James R. Wedeking (*pro hac vice*)
Laura B. Ruppalt (*pro hac vice*)
3 | Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
4 | Washington, D.C. 20006
(202) 955-0620
5 | mbuschbacher@boydengray.com

6 | John B. Thomas (Bar No. 269538)
Jessica Wahl (Bar No. 321887)
7 | Hicks Thomas LLP
701 University Avenue, Suite 106
8 | Sacramento, California 95825
(916) 241-8414
9 | jthomas@hicks-thomas.com

10 | *Counsel for Proposed Intervenor-Defendants*
*American Free Enterprise Chamber of Commerce, et al.*
11 | (additional counsel and parties on signature pages)

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

OAKLAND DIVISION

15

16 | STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,

No. 4:25-cv-04966-HSG

**PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OPPOSING PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS**

20 | Plaintiffs,

21 | v.

22 | UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,

Date:        December 4, 2025
Time:        2:00 p.m.
Courtroom: 2, 4th Floor Oakland Courthouse
Judge:  Hon. Haywood S. Gilliam, Jr.

26 | Defendants.

27

28

Proposed Intervenor-Defendants' Motion for Leave to File Statement (4:25-cv-04966-HSG)        Page 1

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on December 4, 2025 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 (4th Floor) of the above-named Court (Hon. Haywood S. Gilliam, Jr. presiding), located at 1301 Clay Street, Oakland, California 94612, Proposed Intervenor-Defendants listed on the signature page will, and hereby do, move for leave to file the attached Statement Opposing the Notice of Pendency of Other Actions filed by Plaintiffs State of California and other States ("Plaintiffs"), ECF No. 142, as described below.

**MOTION FOR LEAVE TO FILE STATEMENT OPPOSING PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS**

Pursuant to Civil Local Rule 7-2, Proposed Intervenor-Defendants respectfully move for leave to file the Statement Opposing Plaintiffs' Notice of Pendency of Other Actions, attached to this Motion as Exhibit 1. This Motion is supported by the Memorandum below.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**STATEMENT OF ISSUES**

1. Whether Proposed Intervenor-Defendants may file their Statement Opposing Plaintiffs' Notice of Pendency of Other Actions, Exhibit 1 ("Statement").

**BACKGROUND**

On June 12, 2025, Plaintiffs filed this suit, alleging that three federal laws that invalidated waivers of Clean Air Act preemption issued by the U.S. Environmental Protection Agency ("EPA") are unconstitutional or were otherwise unlawfully enacted. *See* Compl., ECF No. 1. Plaintiffs seek to have the laws declared void and the waivers declared "valid and in effect." *Id.* at 39. As a result of this legislation, three California programs regulating emission standards for new motor vehicles are expressly preempted by the Clean Air Act, and Plaintiffs cannot "adopt or attempt to enforce" them. 42 U.S.C. § 7543(a). Proposed Intervenor-Defendants are a State and several trade associations whose members are harmed by the California programs, and who promptly moved to intervene in this case to defend their interests in ensuring that the programs are not enforced. ECF Nos. 49, 61, 86, 92, 112. The motions for intervention are fully briefed and scheduled for hearing October 23, 2025.

1   On September 26, 2025, Plaintiffs filed a Notice of Pendency of Other Actions identifying two

2   suits pending in federal district court: *Daimler Truck North America LLC v. California Air Resources*

3   *Board* ("*Daimler*"), No. 2:25-cv-02255 (E.D. Cal.) and *American Free Enterprise Chamber of*

4   *Commerce v. Cliff* ("*AmFree Illinois*"), No. 3:24-cv-50504 (N.D. Ill.). *See* ECF No. 142 ("Plaintiffs'

5   Notice"). The Notice asserts that transfer of this case to the Eastern District of California "may

6   be appropriate" in light of *Daimler*. *Id.* at 5, 7.

<strong>ARGUMENT</strong>

8   The Statement explains Proposed Intervenor-Defendants' opposition to Plaintiffs' suggestion

9   that *Daimler* warrants transfer of this case. Like *AmFree Illinois*, *Daimler* challenges different

10  transactions, raises different claims, and involves different parties than this case. No judicial

11  economy would be achieved by transfer.

12  Moreover, the Statement provides notice of related developments in two other actions pending

13  in the original jurisdiction of the Ninth Circuit Court of Appeals. Plaintiffs' claims relating to the

14  validity of the federal laws are at issue in motions pending in petitions challenging the EPA waivers

15  for two of the three California programs relevant to this case. *See Am. Free Enter. Chamber of Com.*

16  *v. EPA*, No. 25-89 (9th Cir.) and consolidated petitions, *Am. Free Enter. Chamber of Com. v. EPA*,

17  No. 25-106 (9th Cir.) and consolidated petitions. Many parties in this case—including ten of the

18  eleven Plaintiff States, defendant United States, and several Proposed Intervenor-Defendants—

19  are already parties to one or more of the Ninth Circuit actions.

20  Civil Local Rule 3-13(c) provides that "[n]o later than 14 days after service of a Notice … any

21  party may file with the Court a statement supporting or opposing the notice." As their motion to

22  intervene remains pending, Proposed Intervenor-Defendants seek leave to file the attached

23  Statement to preserve their ability to participate in this case without disrupting the Court's

24  schedule. *See Drakes Bay Oyster Co. v. Salazar*, No. 12-cv-6134, 2013 WL 451813, at *9 n.6 (N.D.

25  Cal. Feb. 4, 2013) (proposed intervenors should seek leave for filing). They request that the

26  Statement be filed should their motion to intervene be granted. *See, e.g.*, *Wash. Cattlemen's Ass'n*

27  *v. EPA*, No. C19-0569, 2019 WL 3206052, at *2–3 (W.D. Wash. July 16, 2019) (granting leave to

28  file brief in opposition when granting intervention).

| | | |
|---|---|---|
| 1 | Dated: October 10, 2025 | Respectfully submitted, |
| 2 | Sean Howell, Bar No. 315967 | /s/ Michael Buschbacher |
| | GIBSON, DUNN & CRUTCHER LLP | Michael Buschbacher (pro hac vice) |
| 3 | One Embarcadero Center | James R. Conde (pro hac vice) |
| | Suite 2600 | James R. Wedeking (pro hac vice) |
| 4 | San Francisco, CA 94111 | Laura B. Ruppalt (pro hac vice) |
| | Tel.: 415-393-8355 | Boyden Gray PLLC |
| 5 | Fax: 415-801-7364 | 800 Connecticut Avenue NW, Suite 900 |
| | showell@gibsondunn.com | Washington, D.C. 20006 |
| 6 | | (202) 955-0620 |
| | /s/ Rachel Levick | mbuschbacher@boydengray.com |
| 7 | Raymond B. Ludwiszewski (pro hac vice) | |
| | Rachel Levick (pro hac vice) | John B. Thomas (Bar No. 269538) |
| 8 | GIBSON, DUNN & CRUTCHER LLP | Jessica Wahl (Bar No. 321887) |
| | 1700 M Street, NW | Hicks Thomas LLP |
| 9 | Washington, DC 20036 | 701 University Avenue, Suite 106 |
| | Tel.: 202-955-8500 | Sacramento, California 95825 |
| 10 | Fax: 202-467-0539 | (916) 241-8414 |
| | rludwiszewski@gibsondunn.com | jthomas@hicks-thomas.com |
| 11 | rlevick@gibsondunn.com | |
| | | Counsel for Proposed Intervenor-Defendants |
| 12 | Attorneys for Proposed Intervenor-Defendants | American Free Enterprise Chamber of |
| | The Alliance for Automotive Innovation and | Commerce, Illinois Corn Growers Association, |
| 13 | The National Automobile Dealers Association | Indiana Corn Growers Association, Iowa Corn |
| | | Growers Association, Kansas Corn Growers |
| 14 | Steven P. Lehotsky* (DC 992765) | Association, Kentucky Corn Growers Association, |
| | Michael B. Schon* (DC 989893) | Michigan Corn Growers Association, Missouri |
| 15 | Lehotsky Keller Cohn LLP | Corn Growers Association, Nebraska Corn |
| | 200 Massachusetts Ave., NW | Growers Association, Tennessee Corn Growers |
| 16 | Suite 700 | Association, Texas Corn Producers, Wisconsin |
| | Washington, DC 20001 | Corn Growers Association, and National Corn |
| 17 | Email: steve@lkcfirm.com | Growers Association |
| | Email: mike@lkcfirm.com | |
| 18 | Tel.: (512) 693-8350 | /s/ Theodore Hadzi-Antich |
| | Fax: (512) 727-4755 | Robert Henneke (pro hac vice) |
| 19 | | Theodore Hadzi-Antich (Bar No. 264663) |
| | /s/ Katherine C. Yarger | Eric Heigis (Bar No. 343828) |
| 20 | Katherine C. Yarger* (CO 40387) | Texas Public Policy Foundation |
| | Lehotsky Keller Cohn LLP | 901 Congress Avenue |
| 21 | 700 Colorado Blvd., #407 | Austin, Texas 78701 |
| | Denver, CO 80206 | (512) 472-2700 |
| 22 | Email: katie@lkcfirm.com | tha@texaspolicy.com |
| | Tel.: (512) 693-8350 | |
| 23 | Fax: (512) 727-4755 | Attorneys for Proposed Intervenors Western States |
| | | Trucking Association, Inc. and Construction |
| 24 | Attorneys for Proposed Intervenors American Fuel | Industry Air Quality Coalition, Inc. |
| | & Petrochemical Manufacturers, American | |
| 25 | Petroleum Institute, and the National Association | |
| | of Convenience Stores | |
| 26 | | |
| | * Admitted pro hac vice. | |
| 27 | | |
| 28 | | |

1  */s/James K. Rogers**
   James K. Rogers*
2  Ryan Giannetti*
   America First Legal Foundation
3  611 Pennsylvania Ave., SE #231
   Washington, D.C. 20003
4  (202) 964-3721
   James.Rogers@aflegal.org
5  Ryan.Giannetti@aflegal.org

6  Brandon Q. Tran
   CA Bar No. 223435
7  btran@dhillonlaw.com
   4675 MacArthur Court, Suite 1410
8  Newport Beach, CA 92660

9  Ken Paxton
   Attorney General of Texas
10
   Brent Webster
11 First Assistant Attorney General

12 Ralph Molina
   Deputy First Assistant Attorney General
13
   Austin Kinghorn
14 Deputy Attorney General for Civil Litigation

15 Kellie E. Billings-Ray
   Chief, Environmental Protection Division
16
   Ian Lancaster*
17 Wesley S. Williams*
   Assistant Attorneys General
18 Office of the Attorney General
   Environmental Protection Division
19 Special Litigation Division
   P.O. Box 12548, Capitol Station
20 Austin, Texas 78711-2548
   (512) 463-2012
21 Ian.Lancaster@oag.texas.gov
   Wesley.Williams@oag.texas.gov
22
   * Admitted *pro hac vice*.
23
   *Counsel for Proposed Intervenor-Defendant*
24 *State of Texas*
   Pursuant to Local Rule 5-1(i)(3), I attest that all signatories to this document concurred in its filing.
25

26 */s/ Michael Buschbacher*
   Michael Buschbacher
27 *Counsel for Proposed Intervenor-Defendants*
   *American Free Enterprise Chamber of Commerce, et al.*

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I served a copy of the foregoing document via CM/ECF to all parties.

Dated: October 10, 2025

*/s/ Michael Buschbacher*
Michael Buschbacher
Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com

*Counsel for Proposed Intervenor-Defendants*
*American Free Enterprise Chamber of*
*Commerce, et al.*