UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,

Plaintiffs,

v.

UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,

Defendants.

No. 4:25-cv-04966-HSG

**[PROPOSED]**
**ORDER GRANTING MOTION OF PROPOSED INTERVENOR-DEFENDANTS FOR LEAVE TO FILE STATEMENT OPPOSING PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS**

Date: December 4, 2025
Time: 2:00 p.m.
Courtroom: 2, 4th Floor Oakland Courthouse
Judge: Hon. Haywood S. Gilliam, Jr.

Proposed Intervenor-Defendants American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association; Indiana Corn Growers Association; Iowa Corn Growers Association; Kansas Corn Growers Association; Kentucky Corn Growers Association; Michigan Corn Growers Association; Missouri Corn Growers Association; Nebraska Corn Growers Association; Tennessee Corn Growers Association; Texas Corn Producers; Wisconsin Corn Growers Association; National Corn Growers Association; The Alliance for Automotive Innovation; The National Automobile Dealers Association; American Fuel & Petrochemical Manufacturers; American Petroleum Institute; National Association of Convenience Stores; Western States Trucing Association, Inc.; Construction Industry Air Quality Coalition, Inc.; and the State of Texas having moved for leave to file a Statement Opposing the Notice of Pendency of Other Actions filed by Plaintiffs State of California and other States, ECF No. 142, and the Court having considered all papers filed in connection with this motion, it is **ORDERED, ADJUDGED, and**

**DECREED:**

That the motion is **GRANTED**. If granted intervention, Proposed Intervenor-Defendants shall file their Statement within 3 days after being admitted as Intervenor-Defendants in the above-captioned case.

Date: ______________________

______________________________
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge