ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*
JEFFREY HUGHES (NY Bar #5367214)
MARTHA C. MANN (FL Bar #155950)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 717-7067 (Stander)
        (202) 532-3080 (Hughes)
Email: robert.stander@usdoj.gov
        jeffrey.hughes@usdoj.gov

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
Civil Division
JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch
STEPHEN M. PEZZI (FL Bar #1041279)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel:   (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 4:25-cv-04966-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE FOR UNITED STATES' MOTION TO DISMISS** |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties submit this Stipulated
2 Request for a schedule for briefing the forthcoming motion to dismiss the amended complaint
3 and respectfully request that the Court enter an order accordingly.
4    1.   Defendants the United States of America, et al. previously moved to dismiss the
5 original complaint. Dkt. No. 118.
6    2.   In response, Plaintiffs the State of California, et al. (hereinafter "Plaintiff States")
7 notified Defendants on September 24, 2025 that they intended to amend their complaint pursuant
8 to Federal Rule of Civil Procedure 15(a)(1).  Plaintiffs also notified the Court and all parties of
9 this intent in their response to Defendants' motion to dismiss, filed October 3, 2025. Dkt. No.
10 151.
11    3.   On October 10, 2025, Plaintiff States filed their amended complaint. Dkt. No.
12 157.
13    4.   The United States intends to move to dismiss the amended complaint. Under
14 Federal Rule of Civil Procedure 15(a)(3), the motion to dismiss is due October 24, 2025.
15    5.   Due to the lapse in appropriations, undersigned counsel for the Department of
16 Justice has proposed to Plaintiff States a stay of all proceedings in this case, including the
17 deadline for the response to the amended complaint, until Congress has restored appropriations
18 to the Department.
19    6.   Separately, setting aside the lapse in appropriations, counsel for all parties have
20 other significant, pre-existing professional and personal obligations in the coming weeks and
21 months that would make briefing and arguing Defendants' motion to dismiss using the default
22 deadlines set forth in the Local Rules extremely challenging.
23    7.   Plaintiff States do not agree to a stay of all proceedings through the duration of
24 the lapse in appropriations, but the parties have separately negotiated and now stipulate to the
25 following schedule for briefing and hearing on the United States' motion to dismiss the amended
26 complaint:
27    November 17, 2025:  United States' Motion to Dismiss
28    November 24, 2025:  Amici Briefs in Support of Motion to Dismiss

1   December 23 2025:  Plaintiff States' Opposition

2   January 9, 2026:  Amici Briefs in Support of Opposition

3   January 19, 2026:  United States' Reply in Support of Motion to Dismiss

4   January 29, 2026:  Motion Hearing

5   8.   The United States and Plaintiff States consent to the filing of amicus briefs on the schedule described above.

9.   Because the United States takes the position that it remains required to seek a stay under the Anti-Deficiency Act, the United States still intends to seek a full stay (in a separate filing) through the duration of the lapse in appropriations.  Plaintiffs will oppose that separate filing.  Nonetheless, all parties are amenable to the schedule set forth in Paragraph 7 in the event the Court denies Defendants' forthcoming motion for a stay, and thus jointly request that the Court now adopt this stipulation.

| | |
|---|---|
| Dated: October 22, 2025 | Respectfully submitted,<br><br>/s/ *Martha C. Mann*<br>MARTHA C. MANN (FL Bar # 155950)<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>paul.cirino@usdoj.gov<br>Telephone: (202) 353-5900<br>Facsimile: (202) 514-8865<br><br>*Attorney for Defendants* |
| Dated: October 22, 2025 | ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br><br>/s/ *M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California* |
| **PHILIP J. WEISER**<br>*Attorney General for the State of Colorado*<br><br>/s/ *Carrie Noteboom*<br>CARRIE NOTEBOOM*<br>Assistant Deputy Attorney General<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6285<br>carrie.noteboom@coag.gov | **KATHLEEN JENNINGS**<br>*Attorney General of the State of Delaware*<br><br>By: /s/ *Vanessa L. Kassab*<br>IAN R. LISTON<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov |

| | | |
|---|---|---|
| 1 | **ANDREA JOY CAMPBELL** | **LETITIA JAMES** |
| 2 | *Attorney General for the Commonwealth of Massachusetts* | *Attorney General for the State of New York* |
| 3 | /s/ Seth Schofield | /s/ Ashley M. Gregor |
| 4 | SETH SCHOFIELD* | ASHLEY M. GREGOR* |
| | Senior Appellate Counsel | Assistant Attorney General |
| 5 | JON WHITNEY* | Environmental Protection Bureau |
| 6 | Special Assistant Attorney General | 28 Liberty Street, 19th Floor |
| | Energy and Environment Bureau | New York, NY 10005 |
| 7 | Office of the Attorney General | (212) 416-8454 |
| 8 | One Ashburton Place, 18th Flr. | ashley.gregor@ag.ny.gov |
| | Boston, Mass. 02108 | |
| 9 | (617) 727-2200 | |
| 10 | seth.schofield@mass.gov | |
| | jon.whitney@mass.gov | |
| 11 | | |
| 12 | **MATTHEW J. PLATKIN** | **DAN RAYFIELD** |
| 13 | *Attorney General for the State of New Jersey* | *Attorney General for the State of Oregon* |
| 14 | /s/ Lisa J. Morelli | /s/ Paul Garrahan |
| | LISA J. MORELLI | PAUL GARRAHAN* |
| 15 | Deputy Attorney General | Sr. Assistant Attorney General |
| 16 | New Jersey Division of Law | Oregon Department of Justice |
| | 25 Market Street | 1162 Court Street NE |
| 17 | Trenton, New Jersey 08625 | Salem, Oregon 97301-4096 |
| | (609) 376-2740 | (503) 947-4540 |
| 18 | Lisa.Morelli@law.njoag.gov | Paul.Garrahan@doj.oregon.gov |
| 19 | | |
| 20 | **RAÚL TORREZ** | **PETER F. NERONHA** |
| | *Attorney General for the State of New Mexico* | *Attorney General for the State of Rhode Island* |
| 21 | | |
| 22 | /s/ William Grantham | /s/ Nicholas M. Vaz |
| 23 | WILLIAM GRANTHAM* | NICHOLAS M. VAZ* |
| | Assistant Attorney General | Special Assistant Attorney General |
| 24 | 408 Galisteo Street | Office of the Attorney General |
| 25 | Santa Fe, New Mexico 87501 | Chief, Environmental and Energy Unit |
| | (505) 717-3520 | 150 South Main Street |
| 26 | wgrantham@nmdoj.gov | Providence, Rhode Island 02903 |
| 27 | | (401) 274-4400 ext. 2297 |
| | | nvaz@riag.ri.gov |
| 28 | | |

| | |
|---|---|
| **CHARITY R. CLARK**<br>*Attorney General for the State of Vermont*<br><br>/s/ *Hannah Yindra*<br>HANNAH YINDRA*<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov | **NICHOLAS W. BROWN**<br>*Attorney General for the State of Washington*<br><br>/s/ *Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE*<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360- 586-6769<br>Alex.Doolittle@atg.wa.gov |

*Admitted pro hac vice

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, it is so ordered.  Absent further order of the Court, the schedule for briefing the United States' motion shall be that set forth in Paragraph 7.

Dated: _____, 2025

_____<br>
THE HONORABLE HAYWOOD S. GILLIAM, JR.<br>
United States District Judge