ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*
JEFFREY HUGHES (NY Bar #5367214)
MARTHA C. MANN (FL Bar #155950)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 717-7067 (Stander)
       (202) 532-3080 (Hughes)
Email: robert.stander@usdoj.gov
       jeffrey.hughes@usdoj.gov

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
Civil Division
JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch
STEPHEN M. PEZZI (FL Bar #1041279)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel:   (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR STAY OF ALL PROCEEDINGS DUE TO LAPSE IN APPROPRIATIONS** |

Upon consideration of Defendants' motion for a stay, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that all proceedings in this matter are **STAYED** through the duration of the current lapse in appropriations; it is further

**ORDERED** that Defendants shall file a notice with the Court when appropriations are restored; and it is further

**ORDERED** that, within 10 days of that notice, the parties shall meet and confer and then jointly propose a schedule for further proceedings (or separate proposals, if they cannot reach agreement).

**SO ORDERED**.

Dated: _____, 2025

                                                    _____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

Dated: October 29, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*
JEFFREY HUGHES (NY Bar #5367214)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 717-7067 (Stander)
       (202) 532-3080 (Hughes)
Email: robert.stander@usdoj.gov
       jeffrey.hughes@usdoj.gov


YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
Civil Division

JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (FL Bar #1041279)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:   (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*