1  ROB BONTA
   Attorney General of California
2  MYUNG J. PARK
   Supervising Deputy Attorney General
3  KATHERINE GAUMOND, State Bar No. 349453
   CAITLAN MCLOON, State Bar No. 302798
4  CECILIA D. SEGAL, State Bar No. 310935
   EMMANUELLE S. SOICHET, State Bar No. 290754
5  M. ELAINE MECKENSTOCK, State Bar No. 268861
   Deputy Attorney General
6    1515 Clay Street, 20th Floor
     P.O. Box 70550
7    Oakland, CA  94612-0550
     Telephone:  (510) 879-0299
8    Fax:  (510) 622-2270
     E-mail:  Elaine.Meckenstock@doj.ca.gov
9  *Attorneys for Plaintiff State of California*
   (additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**DECLARATION OF CECILIA D. SEGAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY DUE TO LAPSE IN APPROPRIATIONS**<br><br>Action filed: June 12, 2025 |

I, Cecilia D. Segal, declare as follows:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel for Plaintiff California in this matter, and admitted to practice in this Court. Unless otherwise indicated, this Declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2. On October 16, 2025, counsel for Defendants, Mr. Stephen Pezzi, informed Plaintiffs' counsel of Defendants' intent to seek a stay of all proceedings in this case pursuant to the Anti-Deficiency Act given the lapse in appropriations funding various federal agencies and departments.

3. In response, Plaintiffs indicated a willingness to extend Defendants' deadline for filing a motion to dismiss the amended complaint and sought clarification on whether the U.S. Department of Justice intended to seek a similar stay of proceedings in a case involving overlapping issues and parties, *Daimler Truck North America LLC v. California Air Resources Board*, No. 2:25-cv-02255-DC (E.D. Cal. filed Aug. 11, 2025).

4. Although Mr. Pezzi is not counsel for the federal government in *Daimler*, he conveyed his understanding that the federal government would not be seeking a stay in that case. Given that disparity and Plaintiffs' vested interest in moving their case forward, Plaintiffs represented that they would oppose a stay of all proceedings in this matter.

5. A true and correct copy of the U.S. Department of Justice's FY 2026 Contingency Plan is attached hereto as Exhibit A. Exhibit A is publicly available at and was downloaded from: https://www.justice.gov/jmd/media/1377216/dl.

6. A true and correct copy of Lisa Friedman's article in the New York Times, *The Government Is Shut Down. But Not for Fossil Fuels*, dated October 17, 2025, is attached hereto as Exhibit B. Exhibit B is available at and was downloaded from: https://www.nytimes.com/2025/10/17/climate/trump-government-shutdown-energy.html.

1

7.   A true and correct copy of Ellie Borst and Jean Chemnick's article in E&E News, *EPA flush with cash for 'priority' staff*, dated October 29, 2025, is attached hereto as Exhibit C. Exhibit C is available at and was downloaded from: https://www.eenews.net/articles/epa-flush-with-cash-for-priority-staff/.

8.   A true and correct copy of Chief Judge Seeborg's and Clerk of Court Busby's public notice, *Court Operations During Lapse in Appropriations*, dated October 17, 2025, is attached hereto as Exhibit D. Exhibit D is publicly available at and was downloaded from: https://cand.uscourts.gov/news/2025/10/17/court-operations-during-lapse-appropriations.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on November 3, 2025.

> */s/ Cecilia D. Segal*
> Deputy Attorney General
> *Attorneys for Plaintiff State of California*

2

Segal Decl. In Supp. Pls.' Opp'n to Defs.' Admin. Mot. for a Stay (4:25-cv-04966-HSG)