# EXHIBIT D

An official website of the United States government   Here's how you know

United States District Court
**Northern District of California**

Menu

Select language ⌄                    |                    Find a location

[Home](#)

# Court Operations During Lapse in Appropriations

*October 17, 2025*

**Category:**  Public Notice

The United States District Court for the Northern District of California remains open and operating in a limited capacity during the lapse in appropriations. Court hours and public access to courthouses remain unchanged.

The Case Management/Electronic Case Files (CM/ECF) system remains fully operational for electronic filing, and case information remains accessible through PACER.

While certain proceedings will continue as scheduled, others may be postponed until Congress enacts funding for the Judiciary.

All Jurors should continue to report as instructed unless specifically notified otherwise.

Honorable Richard Seeborg, Chief Judge and Mark B. Busby, Clerk of Court

Return to top

Glossary of Legal Terms  |  Careers  |  FAQs



United States District Court
## Northern District of California

Privacy and Security

Website Feedback

(415) 522-2000

media@cand.uscourts.gov

Find a location

Honorable Richard Seeborg, Chief District Judge
Mark B. Busby, Clerk of Court