IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,** | Case No. 4:25-cv-04966-HSG |
| Plaintiffs, | **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY DUE TO LAPSE IN APPROPRIATIONS** |
| v. | Action filed: June 12, 2025 |
| **UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States, | |
| Defendants. | |

1         Upon consideration of Defendants' administrative motion for a stay of all proceedings due

2    to the lapse in appropriations, and Plaintiffs' opposition, it is hereby ordered that the motion is

3    **DENIED.** All parties shall adhere to the schedule entered by this Court on October 23, 2025,

4    ECF No. 162.

5    **IT IS SO ORDERED.**

6    Dated: _____

7                                       _____
                                   HON. HAYWOOD S. GILLIAM, JR.
                                   U.S. District Judge