ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*
JEFFREY HUGHES (NY Bar #5367214)
MARTHA C. MANN (FL Bar #155950)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 717-7067 (Stander)
       (202) 532-3080 (Hughes)
Email: robert.stander@usdoj.gov
       jeffrey.hughes@usdoj.gov

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
Civil Division
JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch
STEPHEN M. PEZZI (FL Bar #1041279)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel:   (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 4:25-cv-04966-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS FOR MOTION TO DISMISS** |

Pursuant to Civil Local Rules 7-4(b) and 7-12, the parties submit this Stipulated Request to permit the parties to file briefs in excess of the page limitations set forth in Civil Local Rule 7-4(b). Specifically, Defendants seek to file a 30-page motion to dismiss the amended complaint and Plaintiffs seek to file a 30-page opposition. The parties respectfully request that the Court enter an order accordingly.

1. Defendants previously moved to dismiss the original complaint. Dkt. No. 118.

2. In response, Plaintiffs notified Defendants on September 24, 2025 that they intended to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a)(1). Plaintiffs also notified the Court and all parties of this intent in their response to Defendants' motion to dismiss, filed October 3, 2025. Dkt. No. 151.

3. On October 10, 2025, Plaintiff States filed their amended complaint. Dkt. No. 157.

4. On October 22, 2025, the parties filed a stipulation and proposed order setting out a briefing schedule for Defendants' anticipated motion to dismiss in the event the Court did not grant Defendants' motion to stay the case during the pendency of the government shutdown. Dkt. No. 161. The Court entered the order regarding the proposed schedule, absent further order of the Court, the following day. Dkt. No. 162.

5. Pursuant to the parties' stipulation and Court order, Defendants' motion to dismiss is currently due on November 17, 2025. Dkt. No. 162.

6. In light of the many issues of administrative and constitutional law raised by Plaintiffs' amended complaint, Defendants seek five pages in excess of the limitations set forth in Civil Local Rule 7-4(b), or 30 pages total. Plaintiffs consent to Defendants' request on the condition that they are also afforded five additional pages so that the opening and opposition briefs remain subject to equal length requirements. Defendants consent to Plaintiffs' condition.

7. Accordingly, the parties respectfully request that the Court permit Defendants to file a 30-page motion to dismiss the amended complaint and Plaintiffs to file a 30-page opposition to Defendants' motion.

| | |
|---|---|
| Dated: November 13, 2025 | Respectfully submitted,<br><br>/s/ Jeffrey Hughes<br>JEFFREY HUGHES (NY Bar #5367214)<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>jeffrey.hughes@usdoj.gov<br>Telephone: (202) 532-3080<br>Facsimile: (202) 514-8865<br><br>*Attorney for Defendants* |
| Dated: November 13, 2025 | ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br><br>/s/ *M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California* |
| **PHILIP J. WEISER**<br>*Attorney General for the State of Colorado*<br><br>/s/ *Carrie Noteboom*<br>CARRIE NOTEBOOM*<br>Assistant Deputy Attorney General<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6285<br>carrie.noteboom@coag.gov | **KATHLEEN JENNINGS**<br>*Attorney General of the State of Delaware*<br><br>By: /s/ Vanessa L. Kassab<br>IAN R. LISTON<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:25-CV-04966

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>*Attorney General for the Commonwealth of Massachusetts*<br><br>*/s/ Seth Schofield*<br>SETH SCHOFIELD*<br>Senior Appellate Counsel<br>JON WHITNEY*<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr.<br>Boston, Mass. 02108<br>(617) 727-2200<br>seth.schofield@mass.gov<br>jon.whitney@mass.gov | **LETITIA JAMES**<br>*Attorney General for the State of New York*<br><br>*/s/ Ashley M. Gregor*<br>ASHLEY M. GREGOR*<br>Assistant Attorney General<br>Environmental Protection Bureau<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-8454<br>ashley.gregor@ag.ny.gov |
| **MATTHEW J. PLATKIN**<br>*Attorney General for the State of New Jersey*<br><br>*/s/ Lisa J. Morelli*<br>LISA J. MORELLI<br>Deputy Attorney General<br>New Jersey Division of Law<br>25 Market Street<br>Trenton, New Jersey 08625<br>(609) 376-2740<br>Lisa.Morelli@law.njoag.gov | **DAN RAYFIELD**<br>*Attorney General for the State of Oregon*<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN*<br>Sr. Assistant Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.oregon.gov |
| **RAÚL TORREZ**<br>*Attorney General for the State of New Mexico*<br><br>*/s/ William Grantham*<br>WILLIAM GRANTHAM*<br>Assistant Attorney General<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 717-3520<br>wgrantham@nmdoj.gov | **PETER F. NERONHA**<br>*Attorney General for the State of Rhode Island*<br><br>*/s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ*<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Chief, Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov |

| | |
|---|---|
| **CHARITY R. CLARK** <br> *Attorney General for the State of Vermont* <br><br> /s/ *Hannah Yindra* <br> HANNAH YINDRA* <br> Assistant Attorney General <br> Office of the Attorney General <br> 109 State Street <br> Montpelier, VT 05609 <br> (802) 828-3186 <br> Hannah.Yindra@vermont.gov | **NICHOLAS W. BROWN** <br> *Attorney General for the State of Washington* <br><br> /s/ *Alexandria Doolittle* <br> ALEXANDRIA K. DOOLITTLE* <br> Assistant Attorney General <br> Office of the Attorney General <br> P.O. Box 40117 <br> Olympia, Washington 98504-0117 <br> (360- 586-6769 <br> Alex.Doolittle@atg.wa.gov |

*Admitted pro hac vice

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, it is so ordered.

Dated: _____, 2025

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge