| | |
|---|---|
| ADAM R.F. GUSTAFSON | YAAKOV M. ROTH |
| *Acting Assistant Attorney General* | *Principal Deputy Assistant Attorney General* |
| ROBERT N. STANDER (DC Bar #1028454) | Civil Division |
| *Deputy Assistant Attorney General* | JOSEPH E. BORSON |
| JEFFREY HUGHES (NY Bar #5367214) | *Assistant Branch Director* |
| MARTHA C. MANN (FL Bar #155950) | Federal Programs Branch |
| United States Department of Justice | STEPHEN M. PEZZI (FL Bar #1041279) |
| Environment and Natural Resources Division | United States Department of Justice |
| P.O. Box 7611 | Civil Division, Federal Programs Branch |
| Washington, D.C. 20044 | 1100 L Street, NW |
| Tel: (202) 717-7067 (Stander) | Washington, D.C. 20005 |
| (202) 532-3080 (Hughes) | Tel: (202) 305-8576 |
| Email: robert.stander@usdoj.gov | Email: stephen.pezzi@usdoj.gov |
| jeffrey.hughes@usdoj.gov | |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | |
| Plaintiffs, | |
| v. | Case No. 4:25-cv-04966-HSG |
| UNITED STATES OF AMERICA, et al., | **STIPULATION AND ORDER TO EXCEED PAGE LIMITATIONS FOR MOTION TO DISMISS** |
| Defendants. | |

1    Pursuant to Civil Local Rules 7-4(b) and 7-12, the parties submit this Stipulated Request to permit the parties to file briefs in excess of the page limitations set forth in Civil Local Rule 7-4(b). Specifically, Defendants seek to file a 30-page motion to dismiss the amended complaint and Plaintiffs seek to file a 30-page opposition. The parties respectfully request that the Court enter an order accordingly.

 1. Defendants previously moved to dismiss the original complaint. Dkt. No. 118.
 2. In response, Plaintiffs notified Defendants on September 24, 2025 that they intended to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a)(1). Plaintiffs also notified the Court and all parties of this intent in their response to Defendants' motion to dismiss, filed October 3, 2025. Dkt. No. 151.
 3. On October 10, 2025, Plaintiff States filed their amended complaint. Dkt. No. 157.
 4. On October 22, 2025, the parties filed a stipulation and proposed order setting out a briefing schedule for Defendants' anticipated motion to dismiss in the event the Court did not grant Defendants' motion to stay the case during the pendency of the government shutdown. Dkt. No. 161. The Court entered the order regarding the proposed schedule, absent further order of the Court, the following day. Dkt. No. 162.
 5. Pursuant to the parties' stipulation and Court order, Defendants' motion to dismiss is currently due on November 17, 2025. Dkt. No. 162.
 6. In light of the many issues of administrative and constitutional law raised by Plaintiffs' amended complaint, Defendants seek five pages in excess of the limitations set forth in Civil Local Rule 7-4(b), or 30 pages total. Plaintiffs consent to Defendants' request on the condition that they are also afforded five additional pages so that the opening and opposition briefs remain subject to equal length requirements. Defendants consent to Plaintiffs' condition.
 7. Accordingly, the parties respectfully request that the Court permit Defendants to file a 30-page motion to dismiss the amended complaint and Plaintiffs to file a 30-page opposition to Defendants' motion.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2025 | Respectfully submitted, |
| 2 | | /s/ *Jeffrey Hughes* |
| 3 | | JEFFREY HUGHES (NY Bar #5367214) |
| | | U.S. Department of Justice |
| 4 | | Environmental Defense Section |
| 5 | | P.O. Box 7611 |
| | | Washington, D.C. 20044-7611 |
| 6 | | jeffrey.hughes@usdoj.gov |
| 7 | | Telephone: (202) 532-3080 |
| | | Facsimile: (202) 514-8865 |
| 8 | | *Attorney for Defendants* |

9  Dated: November 13, 2025          ROB BONTA
10                                   Attorney General of California
                                     MYUNG J. PARK
11                                   Supervising Deputy Attorney General

12                                   /s/ *M. Elaine Meckenstock*
13                                   M. ELAINE MECKENSTOCK
                                     Deputy Attorney General
14                                   *Attorneys for Plaintiff State of California*
15

16  **PHILIP J. WEISER**                **KATHLEEN JENNINGS**
    *Attorney General for the State of Colorado*   *Attorney General of the State of Delaware*
17

18  */s/ Carrie Noteboom*                By: /s/ Vanessa L. Kassab
    CARRIE NOTEBOOM*                     IAN R. LISTON
19  Assistant Deputy Attorney General    Director of Impact Litigation
    1300 Broadway, 10th Floor            RALPH K. DURSTEIN III
20  Denver, CO 80203                     VANESSA L. KASSAB*
21  (720) 508-6285                       Deputy Attorneys General
    carrie.noteboom@coag.gov             Delaware Department of Justice
22                                       820 N. French Street
                                         Wilmington, DE 19801
23                                       (302) 683-8899
24                                       vanessa.kassab@delaware.gov
25
26
27
28

| | | |
|---|---|---|
| 1 | **ANDREA JOY CAMPBELL** | **LETITIA JAMES** |
| 2 | *Attorney General for the Commonwealth of Massachusetts* | *Attorney General for the State of New York* |
| 3 | | */s/ Ashley M. Gregor* |
| 4 | */s/ Seth Schofield* | ASHLEY M. GREGOR* |
|   | SETH SCHOFIELD* | Assistant Attorney General |
| 5 | Senior Appellate Counsel | Environmental Protection Bureau |
|   | JON WHITNEY* | 28 Liberty Street, 19th Floor |
| 6 | Special Assistant Attorney General | New York, NY 10005 |
|   | Energy and Environment Bureau | (212) 416-8454 |
| 7 | Office of the Attorney General | ashley.gregor@ag.ny.gov |
|   | One Ashburton Place, 18th Flr. | |
| 8 | Boston, Mass. 02108 | |
|   | (617) 727-2200 | |
| 9 | seth.schofield@mass.gov | |
| 10 | jon.whitney@mass.gov | |
| 11 | | |
| 12 | **MATTHEW J. PLATKIN** | **DAN RAYFIELD** |
|   | *Attorney General for the State of New Jersey* | *Attorney General for the State of Oregon* |
| 13 | | |
| 14 | */s/ Lisa J. Morelli* | */s/ Paul Garrahan* |
|   | LISA J. MORELLI | PAUL GARRAHAN* |
| 15 | Deputy Attorney General | Sr. Assistant Attorney General |
|   | New Jersey Division of Law | Oregon Department of Justice |
| 16 | 25 Market Street | 1162 Court Street NE |
| 17 | Trenton, New Jersey 08625 | Salem, Oregon 97301-4096 |
|   | (609) 376-2740 | (503) 947-4540 |
| 18 | Lisa.Morelli@law.njoag.gov | Paul.Garrahan@doj.oregon.gov |
| 19 | | |
| 20 | **RAÚL TORREZ** | **PETER F. NERONHA** |
|   | *Attorney General for the State of New Mexico* | *Attorney General for the State of Rhode Island* |
| 21 | | |
| 22 | */s/ William Grantham* | */s/ Nicholas M. Vaz* |
| 23 | WILLIAM GRANTHAM* | NICHOLAS M. VAZ* |
|   | Assistant Attorney General | Special Assistant Attorney General |
| 24 | 408 Galisteo Street | Office of the Attorney General |
|   | Santa Fe, New Mexico 87501 | Chief, Environmental and Energy Unit |
| 25 | (505) 717-3520 | 150 South Main Street |
| 26 | wgrantham@nmdoj.gov | Providence, Rhode Island 02903 |
|   | | (401) 274-4400 ext. 2297 |
| 27 | | nvaz@riag.ri.gov |
| 28 | | |

| | |
|---|---|
| **CHARITY R. CLARK**<br>*Attorney General for the State of Vermont*<br><br>/s/ *Hannah Yindra*<br>HANNAH YINDRA*<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov | **NICHOLAS W. BROWN**<br>*Attorney General for the State of Washington*<br><br>/s/ *Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE*<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360- 586-6769<br>Alex.Doolittle@atg.wa.gov |

*Admitted pro hac vice

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

**ORDER**

PURSUANT TO STIPULATION, it is so ordered.

Dated: 11/14/2025

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER
CASE NO. 4:25-cv-04966

4