1  Michael Buschbacher (*pro hac vice*)
   James R. Conde (*pro hac vice*)
2  James R. Wedeking (*pro hac vice*)
   Laura B. Ruppalt (*pro hac vice*)
3  Boyden Gray PLLC
   800 Connecticut Avenue NW, Suite 900
4  Washington, D.C. 20006
   (202) 955-0620
5  mbuschbacher@boydengray.com

6  John B. Thomas (Bar No. 269538)
   Jessica Wahl (Bar No. 321887)
7  Hicks Thomas LLP
   701 University Avenue, Suite 106
8  Sacramento, California 95825
   (916) 241-8414
9  jthomas@hicks-thomas.com

10 *Counsel for Proposed Intervenor-Defendants*
   (complete list on signature page)

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15
   STATE OF CALIFORNIA, STATE OF        )  No. 4:25-cv-04966-HSG
16 COLORADO, STATE OF DELAWARE,         )
   COMMONWEALTH OF                      )
17 MASSACHUSETTS, STATE OF NEW          )  **PROPOSED INTERVENOR-**
   JERSEY, STATE OF NEW MEXICO,         )  **DEFENDANTS' MOTION FOR LEAVE**
18 STATE OF NEW YORK, STATE OF          )  **TO FILE MOTION TO DISMISS**
   OREGON, STATE OF RHODE ISLAND,       )  **PLAINTIFFS' AMENDED COMPLAINT**
19 STATE OF VERMONT, and STATE OF       )
   WASHINGTON,                          )
20                                      )
                    Plaintiffs,         )
21                                      )
           v.                           )
22                                      )
   UNITED STATES OF AMERICA, U.S.       )
23 ENVIRONMENTAL PROTECTION             )
   AGENCY, LEE ZELDIN, in his official  )
24 capacity as Administrator of the U.S. )
   Environmental Protection Agency, and )
25 DONALD J. TRUMP, in his official capacity )  Date:      January 8, 2026
   as President of the United States,   )  Time:      2:00 p.m.
26                                      )  Courtroom: 2, 4th Floor Oakland Courthouse
                    Defendants.         )  Judge:  Hon. Haywood S. Gilliam, Jr.
27 _____ )

28

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 8, 2026 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 (4th Floor) of the above-named Court (Hon. Haywood S. Gilliam, Jr. presiding), located at 1301 Clay Street, Oakland, California 94612, Proposed Intervenor-Defendants listed on the signature page will, and hereby do, move for leave to file the attached motion to dismiss the amended complaint filed by Plaintiffs State of California and other States ("Plaintiffs"), ECF No. 157, as described below.

## MOTION FOR LEAVE TO FILE MOTION TO DISMISS

Pursuant to Civil Local Rule 7-1 and 7-2, Proposed Intervenor-Defendants respectfully move for leave to file the motion to dismiss Plaintiffs' amended complaint, attached to this Motion as Exhibit A. This Motion is supported by the Memorandum below.

## MEMORANDUM OF POINTS AND AUTHORITIES

## STATEMENT OF ISSUES

1. Whether Proposed Intervenor-Defendants may file their motion to dismiss, Ex. A.

## BACKGROUND

On June 12, 2025, Plaintiffs filed this suit, alleging that three federal laws that invalidated waivers of Clean Air Act preemption issued by the U.S. Environmental Protection Agency ("EPA") are unconstitutional or were otherwise unlawfully enacted. *See* Complaint, ECF No. 1. As a result of these laws, three California programs regulating emission standards for new motor vehicles are expressly preempted by the Clean Air Act, and Plaintiffs cannot "adopt or attempt to enforce" them. 42 U.S.C. § 7543(a). Proposed Intervenor-Defendants are associations whose members are harmed by the California programs, and who promptly moved to intervene in this case to defend their interests in ensuring that the programs are not enforced. ECF No. 49. Proposed Intervenor-Defendants attached a proposed motion to dismiss to their motion to intervene. ECF No. 49-9. The motion to intervene is fully briefed and has been taken under submission. ECF No. 160.

On September 19, 2025, the Government Defendants filed a motion to dismiss Plaintiffs' complaint. ECF No. 118. On October 10, 2025, Plaintiffs filed an amended complaint. Am.

1    Complaint, ECF No. 157. On October 23, 2025, this Court granted a stipulated briefing schedule,

2    which requires the Government to file any motion to dismiss the amended complaint by November

3    17, 2025. ECF No. 162.

4                                          **ARGUMENT**

5          Plaintiffs' amended complaint does not cure the defects of their original complaint. As the

6    attached motion to dismiss explains, the Congressional Review Act ("CRA") provides that "[n]o

7    determination, finding, action, or omission under [that Act] shall be subject to judicial review." 5

8    U.S.C. § 805. This Court therefore lacks jurisdiction over the entirety of Plaintiffs' amended

9    complaint, which challenges various actions taken by EPA, EPA's Administrator, the President,

10   and non-party Congress under the CRA. *See* Am. Complaint at 31–43 (Counts I–VI). This Court

11   also lacks jurisdiction over Plaintiffs' claims for multiple other reasons, including because Plaintiffs

12   lack standing to challenge EPA's actions and seek the requested relief, review is unavailable under

13   the Administrative Procedure Act, and Plaintiffs' constitutional claims are a non-justiciable

14   challenge to congressional procedure. Moreover, Plaintiffs fail to state a cognizable constitutional

15   claim or cite a viable cause of action. *See* Ex. A at 10–25.

16         As their motion to intervene remains pending, Proposed Intervenor-Defendants seek leave to

17   file the attached motion to dismiss to preserve their ability to participate in this case without

18   disrupting the Court's schedule. *See Drakes Bay Oyster Co. v. Salazar*, No. 12-cv-6134, 2013 WL

19   451813, at *9 n.6 (N.D. Cal. Feb. 4, 2013) (proposed intervenors should seek leave for filing). They

20   request that the attached motion to dismiss be filed should their motion to intervene be granted.

21   *See, e.g.*, *Wash. Cattlemen's Ass'n v. EPA*, No. C19-0569, 2019 WL 3206052, at *2–3 (W.D. Wash.

22   July 16, 2019) (granting leave to file brief in opposition when granting intervention).

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Dated: November 17, 2025

Respectfully submitted,

*/s/ Michael Buschbacher*
Michael Buschbacher (*pro hac vice*)
James R. Conde (*pro hac vice*)
James R. Wedeking (*pro hac vice*)
Laura B. Ruppalt (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

John B. Thomas (Bar No. 269538)
Jessica Wahl (Bar No. 321887)
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 241-8414
jthomas@hicks-thomas.com

*Counsel for Proposed Intervenor-Defendants
American Free Enterprise Chamber of
Commerce, Illinois Corn Growers Association,
Indiana Corn Growers Association, Iowa Corn
Growers Association, Kansas Corn Growers
Association, Kentucky Corn Growers Association,
Michigan Corn Growers Association, Missouri
Corn Growers Association, Nebraska Corn
Growers Association, Tennessee Corn Growers
Association, Texas Corn Producers, Wisconsin
Corn Growers Association, and National Corn
Growers Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I served a copy of the foregoing document via CM/ECF to all parties.

Dated: November 17, 2025        */s/ Michael Buschbacher*
                                      Michael Buschbacher
                                      Boyden Gray PLLC
                                      800 Connecticut Ave. NW, Suite 900
                                      Washington, DC 20006
                                      (202) 955-0620
                                      mbuschbacher@boydengray.com

                                      *Counsel for Proposed Intervenor-Defendants*
                                      *American Free Enterprise Chamber of*
                                      *Commerce, et al.*