UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>  Defendants. | No. 4:25-cv-04966-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION OF PROPOSED INTERVENOR-DEFENDANTS FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date: January 8, 2026<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor Oakland Courthouse<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Proposed Intervenor-Defendants American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association, having moved for leave to file a motion to dismiss Plaintiffs' amended complaint, ECF No. 157, and the Court having considered all papers filed in connection with this motion, it is **ORDERED, ADJUDGED, and DECREED:**

///

///

///

///

1  That the motion is **GRANTED**. If granted intervention, Proposed Intervenor-Defendants
2  shall file their motion to dismiss within 3 days after being admitted as Intervenor-Defendants in
3  the above-captioned case.

5  Date: _____                    _____
                                                    HON. HAYWOOD S. GILLIAM, JR.
6                                                   United States District Judge