UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

1

## [PROPOSED] ORDER

For the reasons set for in Defendants' Motion to Dismiss, it is **HEREBY**:

**ORDERED** that the Motion to Dismiss is granted; and it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

Dated:

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge