Steven P. Lehotsky* (DC 992765)
Michael B. Schon* (DC 989893)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
Email: steve@lkcfirm.com
Email: mike@lkcfirm.com

Katherine C. Yarger* (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Telephone: (512) 693-8350

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
BENBROOK LAW GROUP, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Email: brad@benbrooklawgroup.com

*Attorneys for Proposed Intervenors American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores*

* Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; and DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> Defendants. | Case No. 4:25-cv-04966 <br><br> **PROPOSED INTERVENORS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** <br><br> Date: January 29, 2026 <br> Time: 2:00 p.m. PST <br> Judge: Hon. Haywood S. Gilliam, Jr. |

# NOTICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 29, 2026 at 2:00 p.m. PST, or as soon thereafter as this matter may be heard in the United States District Court for the Northern District of California, 1301 Clay Street, Courtroom 2 (4th Floor), Oakland, CA 94612, Proposed Intervenors American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores will move for leave to move to dismiss this case pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

## RELIEF SOUGHT BY THE MOVANTS

The Proposed Intervenors seek an order granting them leave to file the attached Motion to Dismiss Plaintiffs' Amended Complaint and Proposed Order.

## MEMORANDUM OF POINTS AND AUTHORITIES

## STATEMENT OF ISSUES

1. Whether Proposed Intervenors may file their Motion to Dismiss Plaintiffs' Amended Complaint and Proposed Order.

## BACKGROUND

California and ten other States filed this suit challenging three Joint Resolutions of Congress that preempted three California programs, the Advanced Clean Trucks, Advanced Clean Cars II, and the "Omnibus" Low NOx programs. *See* Dkt. 1. Proposed Intervenors, which are associations harmed by these California programs, moved to intervene in this suit, *see* Dkt. 61, and attached a motion to dismiss with their motion to intervene, Dkt. 61-5. That motion to intervene is fully briefed and has been take under submission. *See* Dkt. 160. The Government Defendants also moved to dismiss Plaintiffs' complaint, Dkt. 118, and shortly thereafter, rather than responding, Plaintiffs filed an amended complaint, *see* Dkt. 157. The Court then granted a stipulated briefing schedule. Dkt. 162. In accordance with that schedule, yesterday, the Government filed a motion to dismiss the amended complaint. Dkt. 162. Proposed Intervenors now move for leave to file a Motion to Dismiss Plaintiff's Amended Complaint, attached as Exhibit A, and an accompanying Proposed Order, attached as Exhibit B.

## ARGUMENT

Because Proposed Intervenors motion to intervene remains pending, *see* Dkt. 61; Dkt. 160, Proposed Intervenors seek leave to file a Motion to Dismiss Plaintiff's Amended Complaint, attached as Exhibit A, and an accompanying Proposed Order, attached as Exhibit B.

Allowing Proposed Intervenors' Motion to Dismiss now promotes efficiency. If intervention is granted, the Motion to Dismiss will already be on file and ready for resolution without further delay. No party will be prejudiced by this conditional filing.

## CONCLUSION

For the foregoing reasons, Proposed Intervenors respectfully request that their Motion for Leave to File Motion to Dismiss Plaintiffs' Amended Complaint be granted.

Dated: November 18, 2025     Respectfully submitted,

/s/ Steven P. Lehotsky
Steven P. Lehotsky* (DC 992765)
Katherine C. Yarger* (CO 40387)
Michael B. Schon* (DC 989893)
LEHOTSKY KELLER COHN LLP

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
BENBROOK LAW GROUP, PC

*Attorneys for Proposed Intervenors American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores*

* Admitted *pro hac vice*