# Exhibit B

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; U.S. ) <br> ENVIRONMENTAL PROTECTION ) <br> AGENCY; LEE ZELDIN, in his official ) <br> capacity as Administrator of the U.S. ) <br> Environmental Protection Agency; and ) <br> DONALD J. TRUMP, in his official capacity as ) <br> President of the United States, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:25-cv-04966 <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

**[PROPOSED] ORDER GRANTING
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

This matter is before the Court on the Motion to Dismiss Plaintiffs' Amended Complaint of the American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores (Proposed Intervenors). The Court, having considered all papers filed in connection with this motion, it is **ORDERED, ADJUDGED, and DECREED**:

That the motion is **GRANTED**, and the Amended Complaint in the above-captioned case is dismissed with prejudice.

Dated: _____    By: _____
                                                        Haywood S. Gilliam, Jr.
                                                        United States District Judge