# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | )<br>) |
| Plaintiffs, | ) Case No. 4:25-cv-04966<br>) |
| v. | ) **[PROPOSED] ORDER**<br>) **GRANTING MOTION FOR LEAVE TO** |
| UNITED STATES OF AMERICA; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; and DONALD J. TRUMP, in his official capacity as President of the United States, | ) **FILE MOTION TO DISMISS PLAINTIFFS'**<br>) **AMENDED COMPLAINT**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

This matter is before the Court on the Motion for Leave to File Motion to Dismiss Plaintiffs' Amended Complaint of the American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores (Proposed Intervenors). The Court, having considered all papers filed in connection with this motion, it is **ORDERED, ADJUDGED, and DECREED:**

That the motion for leave is **GRANTED**.

Dated: _____   By: _____
   Haywood S. Gilliam, Jr.
   United States District Judge