ANDREW KIM (CA SBN 288925)
andrewkim@goodwinlaw.com
WILLIAM M. JAY (*pro hac vice*)
wjay@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

KATAHDIN RENDINO (CA SBN 351915)
KRendino@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorneys for AMICUS CURIAE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE of WASHINGTON,<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>          Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE CHAMBER OF COMMERCE OF THE USA ISO MOTION TO DISMISS**<br><br>Date:     January 29, 2026<br>Time:    2:00 p.m. PST<br>Courtroom: 2, 4th Floor Oakland Courthouse<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

# [PROPOSED] ORDER

Upon consideration of the motion of the Chamber of Commerce of the United States of America for leave to file as *amicus curiae* the accompanying brief supporting the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 172), it is hereby ORDERED that the motion is GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2025      _____
                                                                   Hon. Haywood S. Gilliam, Jr.

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE CHAMBER OF COMMERCE OF THE USA ISO MOTION TO DISMISS                         CASE NO. 4:25-CV-4966-HSG