**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES, et al.<br><br>*Defendants*. | Case No. 4:25-cv-04966-HSG<br><br>**[PROPOSED] ORDER** |

UPON CONSIDERATION OF the Motion for Leave to File Brief of the United States House of Representatives as *Amicus Curiae*, it is hereby ORDERED that the Motion is GRANTED.

Dated: _____

                                            Hon. Haywood S. Gilliam, Jr.
                                            United States District Court Judge