**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendants*. | CASE NO. 4:25-cv-04966-HSG <br><br> **[PROPOSED] ORDER GRANTING THE TRUCK RENTING AND LEASING ASSOCIATION, NATIONAL PROPANE GAS ASSOCIATION, WESTERN PROPANE GAS ASSOCIATION, AND PROPANE GAS ASSOCIATION OF NEW ENGLAND'S CONSENT MOTION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF** <br><br> Date: January 29, 2026 <br> Time: 2:00 p.m. <br> Courtroom: 2, 4th Floor, Oakland Courthouse <br> Judge: Hon. Haywood S. Gilliam, Jr. |

For good cause shown, and with the consent of the parties, the Truck Renting and Leasing Association, et al.'s motion for leave to file an amici curiae brief is **GRANTED**.

Dated: _____ \_\_, 20\_\_

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge