ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
KATHERINE GAUMOND, State Bar No. 349453
CAITLAN MCLOON, State Bar No. 302798
CECILIA D. SEGAL, State Bar No. 310935
EMMANUELLE S. SOICHET, State Bar No. 290754
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Plaintiff State of California*
(additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br><br><br><br><br>**JOINT STIPULATION AND ORDER TO MODIFY BRIEFING DEADLINES AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS (as modified)**<br><br>Date:  January 29, 2026<br>Time:  2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Action filed: June 12, 2025 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, and this Court's Standing Orders, Plaintiffs State of California et al. and Defendants United States et al. (together, "Parties"), acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, Plaintiffs amended their complaint on October 10, 2025, ECF No. 157;

WHEREAS, on October 22, 2025, the Parties filed a stipulation requesting to extend Defendants' deadline to respond to the amended complaint and setting a briefing schedule for Defendants' anticipated motion to dismiss;

WHEREAS, on October 23, 2025, the Court granted the stipulation and set the following briefing schedule:

November 17, 2025: United States' Motion to Dismiss

November 24, 2025: Amici Briefs in Support of Motion to Dismiss

December 23, 2025: Plaintiff States' Opposition

January 9, 2026: Amici Briefs in Support of Opposition

January 19, 2026: United States' Reply in Support of Motion to Dismiss

January 29, 2026: Motion Hearing;

WHEREAS, Defendants filed their motion to dismiss the amended complaint on November 17, 2025, ECF No. 172;

WHEREAS, four sets of proposed amici filed motions for leave to file amicus briefs on November 24, 2025, ECF Nos. 176, 177, 178, 179;

WHEREAS, on December 2, 2025, the Court denied motions to intervene filed by six additional sets of non-parties and denied requests to file motions to dismiss filed by three sets of proposed defendant-intervenors, ECF No. 182;

WHEREAS, "to ensure [the denied intervenors receive] an equal opportunity to be heard," the Court also extended the deadline for "any Proposed Intervenor who has not already done so to file a motion for leave to file an amicus brief by December 12, 2025," *id.* at 9;

WHEREAS, as a result of the extension, Plaintiffs will have only six working days to review and determine whether and how to respond to additional amicus briefs before filing their opposition to Defendants' motion to dismiss by the current deadline of December 23, 2025;

1

WHEREAS, Plaintiffs reasonably anticipate needing additional time to respond to the anticipated amicus briefs, in part because their ability to obtain review and approval by all necessary entities within the 11 Plaintiff States is hampered by the upcoming holidays;

WHEREAS, the Parties have met and conferred, and Defendants do not object to the revised schedule Plaintiffs proposed, which includes a short extension of Plaintiffs' deadline to oppose the motion to dismiss;

WHEREAS, the schedule the Parties now propose continues the hearing date by only two weeks and preserves the 10-day period between submission of Defendants' reply brief and the hearing date;

WHEREAS, as described above, this is the Parties' second request to modify the briefing schedule for the motion to dismiss the amended complaint;

NOW, THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

1. Plaintiffs shall file their opposition to Defendants motion to dismiss (ECF No. 172) no later than January 9, 2026;

2. Any motion for leave to file an amicus brief on behalf of Plaintiffs shall be submitted no later than January 16, 2026;

3. Defendants shall file a reply in support of their motion to dismiss no later than February 2, 2026;

4. The hearing on Defendants' motion to dismiss and on timely filed motions for leave to file amicus briefs is reset to February 12, 2026 at 2 p.m.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: December 9, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MYUNG J. PARK<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | /s/ M. Elaine Meckenstock<br>M. ELAINE MECKENSTOCK |
| 7 | | Deputy Attorney General<br>Attorneys for Plaintiff State of California |

| | | |
|---|---|---|
| 11 | **PHILIP J. WEISER** | **ANDREA JOY CAMPBELL** |
| 12 | *Attorney General for the State of Colorado* | *Attorney General for the Commonwealth of Massachusetts* |
| 13 | /s/ Carrie Noteboom<br>CARRIE NOTEBOOM* | /s/ Seth Schofield |
| 14 | Assistant Deputy Attorney General | SETH SCHOFIELD* |
| | 1300 Broadway, 10th Floor | Senior Appellate Counsel |
| 15 | Denver, CO 80203 | JON WHITNEY* |
| 16 | (720) 508-6285<br>Carrie.noteboom@coag.gov | Special Assistant Attorney General<br>Energy and Environment Bureau |
| 17 | | Office of the Attorney General<br>One Ashburton Place, 18th Flr. |
| 18 | | Boston, Mass. 02108 |
| 19 | | (617) 727-2200<br>seth.schofield@mass.gov |
| 20 | | jon.whitney@mass.gov |
| | **KATHLEEN JENNINGS** | |
| 21 | *Attorney General of the State of Delaware* | **MATTHEW J. PLATKIN** |
| 22 | By: /s/ Vanessa L. Kassab | *Attorney General for the State of New Jersey* |
| 23 | IAN R. LISTON<br>Director of Impact Litigation | /s/ Lisa J. Morell |
| 24 | RALPH K. DURSTEIN III<br>VANESSA L. KASSAB* | LISA J. MORELLI<br>Deputy Attorney General |
| 25 | Deputy Attorneys General | New Jersey Division of Law |
| | Delaware Department of Justice | 25 Market Street |
| 26 | 820 N. French Street | Trenton, New Jersey 08625 |
| 27 | Wilmington, DE 19801<br>(302) 683-8899 | (609) 376-2740<br>Lisa.Morelli@law.njoag.gov |
| 28 | vanessa.kassab@delaware.gov | |

| | |
|---|---|
| **RAÚL TORREZ** <br> *Attorney General for the State of New Mexico* <br><br> /s/ *William Grantham* <br> WILLIAM GRANTHAM* <br> Assistant Attorney General <br> 408 Galisteo Street <br> Santa Fe, New Mexico 87501 <br> (505) 717-3520 <br> wgrantham@nmdoj.gov | **PETER F. NERONHA** <br> *Attorney General for the State of Rhode Island* <br><br> /s/ *Nicholas M. Vaz* <br> NICHOLAS M. VAZ* <br> Special Assistant Attorney General <br> Office of the Attorney General <br> Chief, Environmental and Energy Unit <br> 150 South Main Street <br> Providence, Rhode Island 02903 <br> (401) 274-4400 ext. 2297 <br> nvaz@riag.ri.gov |
| **LETITIA JAMES** <br> *Attorney General for the State of New York* <br><br> /s/ *Ashley M. Gregor* <br> ASHLEY M. GREGOR* <br> Assistant Attorney General <br> Environmental Protection Bureau <br> 28 Liberty Street, 19th Floor <br> New York, NY 10005 <br> (212) 416-8454 <br> ashley.gregor@ag.ny.gov | **CHARITY R. CLARK** <br> *Attorney General for the State of Vermont* <br><br> /s/ *Hannah Yindra* <br> HANNAH YINDRA* <br> Assistant Attorney General <br> Office of the Attorney General <br> 109 State Street <br> Montpelier, VT 05609 <br> (802) 828-3186 <br> Hannah.Yindra@vermont.gov |
| **DAN RAYFIELD** <br> *Attorney General for the State of Oregon* <br><br> /s/ *Paul Garrahan* <br> PAUL GARRAHAN* <br> Sr. Assistant Attorney General <br> Oregon Department of Justice <br> 1162 Court Street NE <br> Salem, Oregon 97301-4096 <br> (503) 947-4540 <br> Paul.Garrahan@doj.oregon.gov | **NICHOLAS W. BROWN** <br> *Attorney General for the State of Washington* <br><br> /s/ *Alexandria Doolittle* <br> ALEXANDRIA K. DOOLITTLE* <br> Assistant Attorney General <br> Office of the Attorney General <br> P.O. Box 40117 <br> Olympia, Washington 98504-0117 <br> (360) 586-6769 <br> Alex.Doolittle@atg.wa.gov |

*Admitted pro hac vice

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (FL Bar #1041279)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel:    (202) 305-8576
Email:  stephen.pezzi@usdoj.gov

ROBERT N. STANDER (DC Bar #1028454)
JEFFREY HUGHES (NY Bar #5367214)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:    (202) 717-7067 (Stander)
(202) 532-3080 (Hughes)
Email:  robert.stander@usdoj.gov
jeffrey.hughes@usdoj.gov

*Counsel for the United States*

Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

*/s/ Cecilia D. Segal*
Cecilia D. Segal
Counsel for Plaintiff State of California

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The hearing on the motion to dismiss is RESET to February 19, 2026, at 2:00 p.m.  The Court further notes that it will construe all motions for leave to file amicus briefs as administrative motions that will not be set for hearing.

Dated:  12/10/2025

HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge