UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.   4:25-cv-04966-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF THE ALLIANCE FOR AUTOMOTIVE INNOVATION AND THE NATIONAL AUTOMOBILE DEALERS ASSOCIATION AS** *AMICUS CURIAE* **IN SUPPORT OF DISMISSAL** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING MOTION TO FILE BRIEF OF ALLIANCE FOR AUTOMOTIVE INNOVATION AND THE NATIONAL AUTOMOBILE DEALERS ASSOCIATION AS AMICUS CURIAE IN SUPPORT OF DISMISSAL
Case No. 4:25-cv-04966-HSG

This matter is before the Court on a Motion to For Leave to File by the Alliance for Automotive Innovation and the National Automobile Dealers Association.  The Court, having considered all papers filed in connection with this motion, **ORDERS, ADJUDGES, and DECREES**:

That the Motion for Leave to File is **GRANTED**, and the Alliance for Automotive Innovation and the National Automobile Dealers Association shall be permitted to file an amicus brief in this action in support of dismissal.

Dated: _____

By: _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER GRANTING MOTION TO FILE BRIEF OF ALLIANCE FOR AUTOMOTIVE INNOVATION AND THE NATIONAL AUTOMOBILE DEALERS ASSOCIATION AS AMICUS CURIAE IN SUPPORT OF DISMISSAL
Case No. 4:25-cv-04966-HSG