Michael Buschbacher (*pro hac vice*)
James R. Conde (*pro hac vice*)
James R. Wedeking (*pro hac vice*)
Laura B. Ruppalt (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

John B. Thomas (Bar No. 269538)
Jessica Wahl (Bar No. 321887)
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 241-8414
jthomas@hicks-thomas.com

*Counsel for American Free Enterprise Chamber of Commerce et al.*
(additional counsel and parties on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>Defendants. | No. 4:25-cv-04966-HSG<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION OF AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, STATE CORN GROWERS ASSOCIATIONS, NATIONAL CORN GROWERS ASSOCIATION, AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, AND NATIONAL ASSOCIATION OF CONVENIENCE STORES FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        February 19, 2026<br>Time:        2:00 p.m.<br>Courtroom: 2, 4th Floor Oakland Courthouse<br>Judge: Hon. Haywood S. Gilliam, Jr. |

## NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION

PLEASE TAKE NOTICE that on February 19, 2026 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 (4th Floor) of the above-named Court (Hon. Haywood S. Gilliam, Jr. presiding), located at 1301 Clay Street, Oakland, California 94612, American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and National Association of Convenience Stores ("Movants") will, and hereby do, move for leave to file the attached amicus curiae brief in support of Defendants' motion to dismiss Plaintiffs' amended complaint. Plaintiffs and Defendants consent to the motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF INTEREST

Plaintiffs California and ten other States filed this suit, alleging that three federal laws that invalidated waivers of Clean Air Act preemption issued by the U.S. Environmental Protection Agency ("EPA") are unconstitutional or were otherwise unlawfully enacted. *See* Compl., ECF No. 1; Am. Compl., ECF No. 157. The waivers relate to three California programs regulating emission standards for new motor vehicles that, expressly or in effect, force manufacturers to phase out sales of new internal combustion engine vehicles and mandate sales of electric vehicles. Because Congress legislatively repealed these waivers, all three programs are now expressly preempted by the Clean Air Act, and Plaintiffs cannot "adopt or attempt to enforce" them. 42 U.S.C. § 7543(a). Despite this unambiguous statutory command, California and the other Plaintiff States have pressed ahead, keeping their rules on the books and threatening to enforce them. Movants are associations whose members are harmed by the California programs and who moved to intervene in this case to defend their interests in ensuring that the programs are blocked. *See* ECF Nos. 49, 61. This Court denied intervention, but extended the deadline for moving to file an

amicus brief to December 12, 2025. ECF No. 182. Movants disagree with the denials and reserve their rights to appeal them, but nonetheless move to file an amicus brief to aid the Court in its consideration of Defendants' pending motion to dismiss, ECF No. 172.

Movants have a substantial interest in ensuring that the federal laws that block enforcement of California's programs remain in effect. Movant American Free Enterprise Chamber of Commerce ("AmFree") is a membership association that represents entrepreneurs and businesses across all sectors and states. AmFree's members are vitally interested in maintaining free, fair, and open markets, and AmFree serves its members by fighting against burdensome regulations and special-interest policies that threaten these markets and, consequently, threaten our nation's economic prosperity. AmFree's members include producers of ethanol—the second-largest component of automobile gasoline by volume—and businesses that operate, sell, or lease vehicles subject to the California programs. These members are harmed by the decreased demand for gasoline and increased transportation costs caused by the programs' electric-vehicle mandates.

Movants Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association represent farmers throughout their states and the nation who grow and sell corn crops, including for ethanol production. Their members, too, are harmed by the reduced demand for automobile gasoline and ethanol caused by California's programs. Because ethanol is a primary use of U.S.-grown corn, lower ethanol production leads to lower corn prices, even harming those members who sell corn for other uses.

Movant American Fuel & Petrochemical Manufacturers ("AFPM") is a national trade association representing nearly all U.S. refining and petrochemical manufacturing capacity. AFPM members support more than three million quality jobs, contribute to our economic and national security, and enable the production of thousands of vital products used by families and businesses throughout the United States. California's attempt to revive its electric-vehicle mandates harms AFPM's membership because, among other things, it threatens to reduce liquid fuel sales.

1    Movant American Petroleum Institute ("API") is a national trade association representing all segments of America's oil and natural gas industry. API's nearly 600 members support more than 11.3 million jobs and produce, process, and distribute most of our nation's energy. API was formed in 1919 as a standards-setting organization. In its over 100 years, API has developed more than 800 standards to enhance operational and environmental safety, efficiency, and sustainability. API works to support a strong, viable American oil and natural gas industry and therefore has a keen interest in this litigation. California's attempt to revive its electric-vehicle mandates harms API membership because, among other things, it threatens to reduce liquid fuel sales.

Movant National Association of Convenience Stores ("NACS") is an international trade association that represents both the convenience and fuel retailing industries with more than 1,300 retail and 1,600 supplier company members. The U.S. convenience industry has more than 152,000 stores across the country, employs 2.74 million people, and had more than $837.4 billion in sales in 2024 ($501.9 billion of which were fuel sales). California's attempt to revive its electric-vehicle mandates harms NACS's membership because, among other things, it threatens to reduce sales and undermine settled business expectations.

## ARGUMENT

"It is well-settled that a trial court may, in the exercise of its discretion, permit the filing of an amicus curiae brief." *California v. Bureau of Land Mgmt.*, 612 F. Supp. 3d 925, 951 n.15 (N.D. Cal. 2020) (Gilliam, J.) (quoting *Warehouse Rest., Inc. v. Customs House Rest., Inc.*, 1982 WL 63800, at *1 (N.D. Cal. Oct. 4, 1982)). Courts generally permit amicus participation with "'great liberality,'" as long as that participation "is useful or otherwise desirable to the court." *California by and through Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019). Movants respectfully submit that their participation as amici will provide the Court with information from Movants' expertise on these topics as well as the interests of large industries directly affected by the issues in this case. This Court should therefore permit filing of the attached amicus brief.

Movants have substantial expertise in the subject matter of this case. Movants and their members have long and actively opposed California's and similar programs, including through

regulatory and political engagement and through litigation. *See, e.g.*, Ill. Corn Growers Ass'n et al., *Comment on Application for a Clean Air Act Waiver*, EPA-HQ-OAR-2023-0292-0185 (Feb. 27, 2024), https://perma.cc/K5KX-28KD (ACC II); *Am. Free Enter. Chamber of Com. v. EPA*, No. 25-106 (9th Cir.) (petition for review of Advanced Clean Cars II waiver); *API v. EPA*, No. 25-1478 (9th Cir.) (same); *AFPM v. EPA*, No. No. 25-1493 (9th Cir.) (same); *Am. Free Enter. Chamber of Com. v. EPA*, No. 25-89 (9th Cir.) (petition for review of Low $NO_x$ Omnibus Program waiver); *AFPM v. EPA*, No. 25-1480 (9th Cir.) (same); *Am. Free Enter. Chamber of Com. v. Cliff*, No. 2:24-cv-988 (E.D. Cal.) (challenging California's Advanced Clean Fleets program). Through these and other efforts Movants have substantial expertise in the Clean Air Act, the CRA, constitutional law, and administrative law that may aid this Court in its resolution of this case. For example, Movants' brief explains why, under Ninth Circuit precedent, the waivers are properly considered "rules" of "general applicability" subject to the CRA—the determination that underlies Plaintiffs' entire challenge. Movants' brief also addresses issues of jurisdiction, separation of powers, and federalism that are critical to resolution of this case. Movants respectfully submit that the "unique information [and] perspective" provided in their brief may "help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (citation omitted).

## CONCLUSION

For the foregoing reasons, this Court should grant this unopposed motion.

| | | |
|---|---|---|
| 1 | Dated: December 12, 2025 | Respectfully submitted, |

Steven P. Lehotsky* (DC 992765)
Michael B. Schon* (DC 989893)
Lehotsky Keller Cohn LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001
Email: steve@lkcfirm.com
Email: mike@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

/s/ Katherine C. Yarger
Katherine C. Yarger* (CO 40387)
Lehotsky Keller Cohn LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores*

* Admitted pro hac vice.

/s/ Michael Buschbacher
Michael Buschbacher (*pro hac vice*)
James R. Conde (*pro hac vice*)
James R. Wedeking (*pro hac vice*)
Laura B. Ruppalt (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

John B. Thomas (Bar No. 269538)
Jessica Wahl (Bar No. 321887)
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 241-8414
jthomas@hicks-thomas.com

*Counsel for American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, and National Corn Growers Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I served a copy of the foregoing document via CM/ECF to all parties.

Dated: December 12, 2025

/s/ *Michael Buschbacher*
Michael Buschbacher
Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce et al.*