UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>Defendants. | No. 4:25-cv-04966-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION OF AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, STATE CORN GROWERS ASSOCIATIONS, NATIONAL CORN GROWERS ASSOCIATION, AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, AND NATIONAL ASSOCIATION OF CONVENIENCE STORES FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: February 19, 2026<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor Oakland Courthouse<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Upon consideration of the motion of American Free Enterprise Chamber of Commerce, Illinois Corn Growers Association, Indiana Corn Growers Association, Iowa Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, Nebraska Corn Growers Association, Tennessee Corn Growers Association, Texas Corn Producers, Wisconsin Corn Growers Association, National Corn Growers Association, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and National Association of Convenience Stores for leave to file a brief as amici curiae in support of Defendants' motion to dismiss Plaintiffs' amended complaint, ECF No. 172, it is hereby **ORDERED, ADJUDGED, and DECREED** that the motion is **GRANTED**.

Date: _____

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge