Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
(949) 340-1968 (voice and fax)
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

James K. Rogers*
Ryan Giannetti*
America First Legal Foundation
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
(202) 964-3721
James.Rogers@aflegal.org
Ryan.Giannetti@aflegal.org

Additional Counsel listed on second page.

*Counsel for Amicus Curiae, State of Texas*

# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>Defendants. | Case No.: 4:25-CV-04966-HSG<br><br>**STATE OF TEXAS'S MOTION FOR LEAVE TO PARTICIPATE AS** *AMICUS CURIAE*<br><br>Judge: Haywood S. Gilliam, Jr.<br>Date: February 12, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 2 – 4th Floor<br><br>Complaint filed: June 12, 2025 |

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Kellie E. Billings-Ray**
Chief, Environmental Protection Division

**Ian Lancaster***
**Wesley S. Williams***
**Steven Loomis***
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Division
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2012
Ian.Lancaster@oag.texas.gov
Wesley.Williams@oag.texas.gov
Steven.Loomis@oag.texas.gov

* *Pro hac vice application forthcoming*

**Counsel for Amicus Curiae,, State of Texas**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE:** on February 12, 2026, or as soon as the matter may be heard be heard in the courtroom of the Honorable Haywood S. Gilliam, Jr. of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, California 94612, the State of Texas, by and through counsel, will and hereby does move for leave to join this case as *amicus curiae* by joining the brief filed by the State of Iowa, ECF No. 176, in support of Defendants' Motion to Dismiss. A proposed order is attached.

Pursuant to this Motion, proposed *amicus curiae* State of Texas ("Texas"), by and through undersigned counsel, respectfully requests that this court deem the documents at ECF 176 amended to reflect an additional signatory, Texas, for a total coalition size of 22 States. In support of this request, Texas avers that:

- Texas's Motion for Leave to Participate as *Amicus Curiae* is timely;
- Texas has a significant interest in this litigation;
- Texas's support of the State of Iowa's brief will emphasize to the court the distinct and crucial interests of nonparty states that are at stake in this matter; and
- Texas has conferred with all parties regarding this Motion; Defendants, Plaintiffs, and *amicus curiae* the State of Iowa ("Iowa") have all consented to the filing of this motion. Iowa agreed to Texas's request to join its brief.

The State of Texas previously moved to intervene in the matter as a Defendant on August 22, 2025, ECF No. 86, which request this court denied on December 2, 2025, ECF No. 182. Nonetheless, Texas continues to have a strong independent interest in the outcome of this litigation. If reinstated, the effect of the waivers at the heart of this suit would not be limited to California, but, instead, would effectively allow California to dictate national vehicle emission standards, undermining the sovereignty of Texas and other States. This would impair Texas's authority to regulate within its own borders, inflict substantial economic harm on the state by threatening vital oil and gas production revenue streams, increase costs for Texas's vehicle fleet, harm vehicle manufacturing activities in Texas and elsewhere, and diminish the economic well-being of Texas's citizens.

Defendants acted well within their authority in revoking the waivers that would have permitted California to implement onerous regulations that would have distorted the national vehicle market and caused harm in *every* State. Iowa, as *amicus curiae*, ably and correctly explains why Defendants' Motion to Dismiss should be granted. Texas supports, and incorporates by reference here, Iowa's brief, ECF No. 176. Defendants' Motion to Dismiss should be GRANTED and the case dismissed.

Therefore, Texas respectfully requests leave to join Iowa's brief, ECF No. 176, as an additional *amicus curiae*. Texas further requests that Iowa's brief at ECF No. 176 be amended to reflect, as an additional signatory, Ken Paxton, Attorney General of Texas, on behalf of the State of Texas.

An appropriate order is attached.

DATED: December 12, 2025                By:   /s/ *Brandon Q. Tran*
                                              Brandon Q. Tran
                                              CA Bar No. 223435
                                              btran@dhillonlaw.com
                                              4675 MacArthur Court, Suite 1410
                                              Newport Beach, CA 92660

                                              **James K. Rogers***
                                              **Ryan T. Giannetti***
                                              America First Legal Foundation
                                              611 Pennsylvania Ave., SE #231
                                              Washington, D.C. 20003
                                              (202) 964-3721
                                              James.Rogers@aflegal.org
                                              Ryan.Giannetti@aflegal.org

                                              **Ken Paxton**
                                              Attorney General of Texas

                                              **Brent Webster**
                                              First Assistant Attorney General

                                              **Ralph Molina**
                                              Deputy First Assistant Attorney General

                                              **Austin Kinghorn**
                                              Deputy Attorney General for
                                              Civil Litigation

**Kellie E. Billings-Ray**
Chief, Environmental Protection Division
**Ian Lancaster***
**Wesley S. Williams***
**Steven Loomis***
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Division
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2012
Ian.Lancaster@oag.texas.gov
Wesley.Williams@oag.texas.gov
Steven.Loomis@oag.texas.gov

*Admitted pro hac vice*

**Counsel for Amicus Curiae,
State of Texas**