IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>Defendants. | Case No.: 4:25-CV-04966-HSG<br><br>**[PROPOSED] ORDER GRANTING STATE OF TEXAS'S MOTION FOR LEAVE TO PARTICIPATE AS** *AMICUS CURIAE* |

## [PROPOSED] ORDER GRANTING MOTION ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

This matter is before the Court on a Motion for Leave to Participate as *Amicus Curiae* filed by the State of Texas. The Court, having considered all papers filed in connection with this Motion, it is **ORDERED, ADJUDGED, and DECREED** that, the State of Texas shall be permitted to join as a signatory to the State of Iowa's brief as *amicus curiae* and it is **ORDERED** that the State of Iowa's brief, ECF No. 176, shall be considered amended to reflect a total of 22 signatories, including, on behalf of Texas, Ken Paxton, Attorney General of the State of Texas.

.

Dated: 

By: _____
Haywood S. Gilliam, Jr.
United States District Judge

---

1
[PROPOSED] ORDER GRANTING STATE OF TEXAS'S MOTION FOR LEAVE    4:25-CV-04966-HSG