# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:25-cv-04966-HSG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/12/2025

Date of judgment or order you are appealing: 12/02/2025

Docket entry number of judgment or order you are appealing: 182

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Western States Trucking Association, Inc.
Construction Industry Air Quality Coalition, Inc.

Is this a cross-appeal?  ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:              State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Theodore Hadzi-Antich   **Date** Dec 18, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                          Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Western States Trucking Association, Inc.
> Construction Industry Air Quality Coalition, Inc.

Name(s) of counsel (if any):

> Robert Henneke; Theodore Hadzi-Antich; Eric Heigis

Address: 901 Congress Avenue, Austin, TX, 78701

Telephone number(s): (512) 472-2700

Email(s): rhenneke@texaspolicy.com; tha@texaspolicy.com; eheigis@texaspolic[y]

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington

Name(s) of counsel (if any):

> see attached

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                            *New 12/01/2018*

Rob Bonta
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General
Katherine Gaumond
Caitlan Mcloon
Cecilia D. Segal
Emmanuelle S. Soichet
M. Elaine Meckenstock
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
 (510) 879-0299
Elaine.Meckenstock@doj.ca.gov
*Attorneys for the State of California*

Philip J. Weiser
Attorney General for the State of Colorado
Carrie Noteboom
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov
*Attorneys for the State of Colorado*

Kathleen Jennings
Attorney General of the State of Delaware
Ian R. Liston
Director of Impact Litigation
Ralph K. Durstein III
Vanessa L. Kassab
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for the State of Delaware*

Andrea Joy Campbell
Attorney General for the Commonwealth of Massachusetts
Seth Schofield
Senior Appellate Counsel
Jon Whitney

Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov
*Attorneys for the Commonwealth of Massachusetts*

Matthew J. Platkin
Attorney General for the State of New Jersey
Lisa J. Morelli
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov
*Attorneys for the State of New Jersey*

Raúl Torrez
Attorney General for the State of New Mexico
William Grantham
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov
*Attorneys for the State of New Mexico*

Letitia James
Attorney General for the State of New York
Ashley M. Gregor
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov
*Attorneys for the State of New York*

Dan Rayfield
Attorney General for the State of Oregon
Paul Garrahan
Sr. Assistant Attorney General

Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov
*Attorneys for the State of Oregon*

Peter F. Neronha
Attorney General for the State of Rhode Island
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov
*Attorneys for the State of Rhode Island*

Charity R. Clark
Attorney General for the State of Vermont
Hannah Yindra
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov
*Attorneys for the State of Vermont*

Nicholas W. Brown
Attorney General for the State of Washington
Alexandria K. Doolittle
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov
*Attorneys for the State of Washington*