

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

DEC 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-8013 |
| Originating Case Number: | 4:25-cv-04966-HSG |
| Short Title: | State of California, et al. v. Western States Trucking Association, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:           25-8013
Originating Case Number: 4:25-cv-04966-HSG
Case Title:              State of California, et al. v. Western States Trucking Association, et al.

**Sunday, February 1, 2026**

| | |
|---|---|
| Construction Industry Air Quality Coalition, Inc. | Appeal Opening Brief (No Transcript Due) |
| Western States Trucking Association | Appeal Opening Brief (No Transcript Due) |

**Sunday, March 1, 2026**

| | |
|---|---|
| State of New Jersey | Appeal Answering Brief (No Transcript Due) |
| State of Washington | Appeal Answering Brief (No Transcript Due) |
| State of New York | Appeal Answering Brief (No Transcript Due) |
| State of New Mexico | Appeal Answering Brief (No Transcript Due) |
| State of Delaware | Appeal Answering Brief (No Transcript Due) |
| State of Oregon | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| State of Rhode Island | Appeal Answering Brief (No Transcript Due) |
| State of California | Appeal Answering Brief (No Transcript Due) |
| State of Colorado | Appeal Answering Brief (No Transcript Due) |
| State of Massachusetts | Appeal Answering Brief (No Transcript Due) |
| State of Vermont | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**