

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JAN 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-88 |
| Originating Case Number: | 4:25-cv-04966-HSG |
| Short Title: | State of California, et al. v. American Free Enterprise Chamber of Commerce, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 26-88 |
| Originating Case Number: | 4:25-cv-04966-HSG |
| Case Title: | State of California, et al. v. American Free Enterprise Chamber of Commerce, et al. |

## 1/12/2026

| | |
|---|---|
| Wisconsin Corn Growers Association | Mediation Questionnaire due |
| Illinois Corn Growers Association | Mediation Questionnaire due |
| Nebraska Corn Growers Association | Mediation Questionnaire due |
| Indiana Corn Growers Association | Mediation Questionnaire due |
| Missouri Corn Growers Association | Mediation Questionnaire due |
| National Corn Growers Association | Mediation Questionnaire due |
| Texas Corn Producers | Mediation Questionnaire due |
| Kentucky Corn Growers Association | Mediation Questionnaire due |
| Iowa Corn Growers Association | Mediation Questionnaire due |
| Kansas Corn Growers Association | Mediation Questionnaire due |
| Michigan Corn Growers Association | Mediation Questionnaire due |
| Tennessee Corn Growers Association | Mediation Questionnaire due |
| American Free Enterprise Chamber of Commerce | Mediation Questionnaire due |

## 2/17/2026

| | |
|---|---|
| National Corn Growers Association | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Kansas Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Iowa Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Missouri Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Illinois Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Tennessee Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Indiana Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Texas Corn Producers | Appeal Opening Brief (No Transcript Due) |
| Nebraska Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Wisconsin Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| Michigan Corn Growers Association | Appeal Opening Brief (No Transcript Due) |
| American Free Enterprise Chamber of Commerce | Appeal Opening Brief (No Transcript Due) |
| Kentucky Corn Growers Association | Appeal Opening Brief (No Transcript Due) |

**3/19/2026**

| | |
|---|---|
| State of California | Appeal Answering Brief (No Transcript Due) |
| State of Massachusetts | Appeal Answering Brief (No Transcript Due) |
| State of Oregon | Appeal Answering Brief (No Transcript Due) |
| State of Colorado | Appeal Answering Brief (No Transcript Due) |
| State of Washington | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| State of Rhode Island | Appeal Answering Brief (No Transcript Due) |
| State of New York | Appeal Answering Brief (No Transcript Due) |
| State of Vermont | Appeal Answering Brief (No Transcript Due) |
| State of Delaware | Appeal Answering Brief (No Transcript Due) |
| State of New Mexico | Appeal Answering Brief (No Transcript Due) |
| State of New Jersey | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**