Jonathan Weissglass (CSB 185008)
Law Office of Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: 510-836-4200
E-mail: jonathan@weissglass.com

Attorney for *Amicus Curiae*
Greg Dotson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* GREG DOTSON IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Court's Orders (Doc. Nos. 162, 164), *amicus curiae* Greg Dotson hereby moves this Court for an order granting him leave to file the accompanying brief opposing the pending Motion to Dismiss.

The grounds for permitting the filing of the *amicus* brief are that Professor Dotson has extensive experience bearing on the issues before the Court; the brief will provide the Court with helpful background information about the Congressional Review Act; the Court has discretion to accept the brief (*State of California v. Bureau of Land Management*, 612 F.Supp.3d 925, 951 n.15 (N.D. Cal. 2020)); and the parties have consented to the filing of *amicus* briefs (Doc. No. 162, ¶8).

This Motion is based on this Notice of Motion and Motion and the accompanying *amicus* brief.

No party or counsel for any party in the pending action authored the brief in whole or in part, or made a monetary contribution intended to fund the preparation or submission of the brief. No other person or entity made a monetary contribution intended to fund the preparation or submission of the brief, other than *amicus curiae* and his counsel.

Accordingly, the Court should grant leave for Professor Dotson to file the *amicus* brief.

Dated: January 16, 2026                    Respectfully submitted,

                                                   Jonathan Weissglass
                                                   Law Office of Jonathan Weissglass

                                                   By: /s/ Jonathan Weissglass
                                                            Jonathan Weissglass

                                                   Attorney for *Amicus Curiae*
                                                   Greg Dotson

Notice of Motion and Motion for Leave to File Brief of *Amicus Curiae* Greg Dotson, Case No. 4:25-cv-04966-HSG