# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:25-cv-04966-HSG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/12/2025

Date of judgment or order you are appealing: 12/02/2025

Docket entry number of judgment or order you are appealing: 182

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

American Fuel & Petrochemical Manufacturers
American Petroleum Institute
National Association of Convenience Stores

Is this a cross-appeal? ○ Yes  ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Katherine C. Yarger    **Date** 01/21/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> American Fuel & Petrochemical Manufacturers
> American Petroleum Institute
> National Association of Convenience Stores

Name(s) of counsel (if any):

> Steven Paul Lehotsky, Katherine C. Yarger, Michael B. Schon (full list of counsel for Appellants, their addresses, and their emails on attached page)

Address: 200 Massachusetts Avenue NW, Suite 700, Washington, DC 20001

Telephone number(s): (512) 693-8350

Email(s): steve@lkcfirm.com, katie@lkcfirm.com, mike@lkcfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington

Name(s) of counsel (if any):

> Rob Bonta, Myung J. Park, Katherine Gaumond, Caitlan McLoon, Cecilia D. Segal, Emmanuelle S. Soichet, M. Elaine Meckenstock (full list of counsel for Appellees, their addresses, and their emails on attached page)

Address: 1515 Clay Street, 20th Floor, P.O. Box 70550, Oakland, CA 94612-0550

Telephone number(s): (510) 879-0299

Email(s): Elaine.Meckenstock@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Appellants**

American Fuel & Petrochemical Manufacturers
American Petroleum Institute
National Association of Convenience Stores

**Counsel for Appellants**

Steven P. Lehotsky (pro hac vice) (DC 992765)
Michael B. Schon (pro hac vice) (DC 989893)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001
Email: steve@lkcfirm.com
Email: mike@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Katherine C. Yarger (pro hac vice) (CO 40387)
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Bradley A. Benbrook
Stephen Michael Duvernay
BENBROOK LAW GROUP, PC
701 University Ave, Suite 106
Sacramento, CA 95825
Email: brad@benbrooklawgroup.com
Email: steve@benbrooklawgroup.com
Tel.: (916) 447-4900
Fax: (916) 447-4904

*Counsel for American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and National Association of Convenience Stores*

1

**Counsel for Appellees**

Rob Bonta
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General
Katherine Gaumond
Michael Stephen Dorsi
Caitlan Lisette McLoon
Cecilia D. Segal
Emmanuelle S. Soichet
Margaret Elaine Meckenstock
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 879-0299
Elaine.Meckenstock@doj.ca.gov

*Attorneys for the State of California*

Philip J. Weiser
Attorney General for the State of Colorado
Carrie Noteboom
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov

*Attorneys for the State of Colorado*

Kathleen Jennings
Attorney General of the State of Delaware
Ian R. Liston
Director of Impact Litigation
Ralph K. Durstein III
Vanessa L. Kassab
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

Andrea Joy Campbell
Attorney General for the Commonwealth of Massachusetts
Seth Schofield
Senior Appellate Counsel
Jon Whitney
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

3

Matthew J. Platkin
Attorney General for the State of New Jersey
Lisa Jo Morelli
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

*Attorneys for the State of New Jersey*

Raúl Torrez
Attorney General for the State of New Mexico
William G. Grantham
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

*Attorneys for the State of New Mexico*

Letitia James
Attorney General for the State of New York
Ashley Marie Gregor
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

*Attorneys for the State of New York*

Dan Rayfield
Attorney General for the State of Oregon
Paul Andrew Garrahan
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Attorneys for the State of Oregon*

Peter F. Neronha
Attorney General for the State of Rhode Island
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*

Charity R. Clark
Attorney General for the State of Vermont
Hannah W. Yindra
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

*Attorneys for the State of Vermont*

Nicholas W. Brown
Attorney General for the State of Washington
Alexandria K. Doolittle
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

*Attorneys for the State of Washington*