**FILED**

JAN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　Defendants,<br><br>WESTERN STATES TRUCKING ASSOCIATION and CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC.,<br><br>　　　　Intervenor-Defendants - Appellants,<br><br>and<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>　　　　Intervenor-Defendants, | No. 25-8013<br><br>D.C. No. 4:25-cv-04966-HSG<br>Northern District of California, Oakland<br><br>ORDER |
| STATE OF CALIFORNIA; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>UNITED STATES OF AMERICA; et al., | No. 26-88<br><br>D.C. No. 4:25-cv-04966-HSG<br>Northern District of California, Oakland |

|  |  |
|---|---|
| Defendants,<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>      Intervenor-Defendants - Appellants,<br><br>and<br><br>STATE OF TEXAS; et al.,<br><br>      Intervenor-Defendants. |  |
| STATE OF CALIFORNIA; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>      Defendants,<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>      Intervenor-Defendants,<br><br>and<br><br>AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF CONVENIENCE STORES, | No. 26-497<br><br>D.C. No.<br>4:25-cv-04966-HSG<br>Northern District of California, Oakland |

|  |  |
|---|---|
| Intervenor-Defendants - Appellants. | |

| | |
|---|---|
| STATE OF CALIFORNIA; et al., <br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>      Defendants,<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>      Intervenor-Defendants,<br><br>and<br><br>ALLIANCE FOR AUTOMOTIVE INNOVATION and NATIONAL AUTOMOBILE DEALER'S ASSOCIATION,<br><br>      Intervenor-Defendants - Appellants.. | No. 26-525<br><br>D.C. No.<br>4:25-cv-04966-HSG<br>Northern District of California, Oakland |

Before: SILVERMAN and H.A. THOMAS, Circuit Judges.

     The motion (Docket Entry No. 10 in 25-8013; Docket Entry No. 6 in 26-88; Docket Entry No. 3 in 26-497) to consolidate is granted. Appeal Nos. 25-8013, 26-88, 26-497, and 26-525 are consolidated.

     The motion (Docket Entry No. 3 in 25-8013) to expedite briefing in appeal

No. 25-8013 is denied.

The opening brief for appeal No. 25-8013 has been filed. The opening briefs for appeal Nos. 26-88, 26-497, and 26-525 are due February 25, 2026. The consolidated answering brief is due March 27, 2026. The optional reply briefs are due 21 days after the consolidated answering brief is served.

No streamlined extensions of time to file a brief will be approved. The clerk will place these appeals on the next available calendar. *See* 9th Cir. Gen. Ord. 3.3(f).