ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*
JEFFREY HUGHES (NY Bar #5367214)
MARTHA C. MANN (FL Bar #155950)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel:    (202) 717-7067 (Stander)
          (202) 532-3080 (Hughes)
Email: robert.stander@usdoj.gov
          jeffrey.hughes@usdoj.gov

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
Civil Division
JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch
STEPHEN M. PEZZI (FL Bar #1041279)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel:    (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**STIPULATION AND ORDER TO EXCEED PAGE LIMITATIONS FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Civil Local Rules 7-4(b) and 7-12, the parties submit this Stipulated Request to permit the United States to file a reply in excess of the page limitations set forth in Civil Local Rule 7-4(b). Specifically, the United States seeks to file a 19-page reply. The parties respectfully request that the Court enter an order accordingly.

1. On October 10, 2025, the Plaintiff States filed their amended complaint. Dkt. No. 157.

2. The parties anticipated motion to dismiss briefing and filed a stipulation and proposed order seeking the Court's permission to file 30-page opening and opposition briefs. Dkt. No. 167. The Court granted the requested relief the next day. Dkt. No. 168.

3. The United States' reply in support of its motion to dismiss the amended complaint is due February 2, 2026. Dkt. No. 183.

4. In light of the many issues of administrative and constitutional law at issue, the United States seeks four pages in excess of the limitations set forth in Civil Local Rule 7-4(b), or 19 pages total. The Plaintiff States consent to the United States' request.

5. Accordingly, the United States respectfully requests that the Court permit it to file a 19-page reply in support of the motion to dismiss the amended complaint.

Dated: January 30, 2026

Respectfully submitted,

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI (FL Bar #1041279)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
stephen.pezzi@usdoj.gov
Telephone: (202) 305-8576

*Attorney for Defendants*

Dated: January 30, 2026

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ *M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Plaintiff State of California*

**PHILIP J. WEISER**
*Attorney General for the State of Colorado*

/s/ *Carrie Noteboom*
CARRIE NOTEBOOM*
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
carrie.noteboom@coag.gov

**KATHLEEN JENNINGS**
*Attorney General of the State of Delaware*

By: /s/ *Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

STIPULATION AND ORDER
CASE NO. 4:25-CV-04966

2

**ANDREA JOY CAMPBELL**
*Attorney General for the Commonwealth of Massachusetts*

/s/ *Seth Schofield*
SETH SCHOFIELD*
Senior Appellate Counsel
JON WHITNEY*
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

**LETITIA JAMES**
*Attorney General for the State of New York*

/s/ *Ashley M. Gregor*
ASHLEY M. GREGOR*
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

**MATTHEW J. PLATKIN**
*Attorney General for the State of New Jersey*

/s/ *Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

**DAN RAYFIELD**
*Attorney General for the State of Oregon*

/s/ *Paul Garrahan*
PAUL GARRAHAN*
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**RAÚL TORREZ**
*Attorney General for the State of New Mexico*

/s/ *William Grantham*
WILLIAM GRANTHAM*
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

**PETER F. NERONHA**
*Attorney General for the State of Rhode Island*

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ*
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

**CHARITY R. CLARK**
*Attorney General for the State of Vermont*

/s/ *Hannah Yindra*
HANNAH YINDRA*
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**NICHOLAS W. BROWN**
*Attorney General for the State of Washington*

/s/ *Alexandria K. Doolittle*
ALEXANDRIA K. DOOLITTLE*
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360- 586-6769
Alex.Doolittle@atg.wa.gov

*Admitted pro hac vice*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

**ORDER**

PURSUANT TO STIPULATION, it is so ordered.

Dated: 2/2/2026

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER
CASE NO. 4:25-cv-04966

4