UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California et al.            ,

Plaintiff(s),

v.

United States of America et al    ,

Defendant(s).

Case No. 4:25-cv-04966-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER (CIVIL LOCAL RULE 11-3)

I, Andrew Philip Su , an active member in good standing of the bar of the Supreme Court of Oregon , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Environmental Defense Fund in the above-entitled action. My local co-counsel in this case is Julia Kathryn Forgie , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 304701 .

2060 Broadway St, Suite 300, Boulder, CO 80302

MY ADDRESS OF RECORD

303-447-7236

MY TELEPHONE # OF RECORD

asu@edf.org

MY EMAIL ADDRESS OF RECORD

1314 Second St. Santa Monica, CA 90401

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 434-2351

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jforgie@nrdc.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 215929 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  2/20/2026

Andrew Philip Su
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Andrew Philip Su          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:          2/23/2026

UNITED STATES DISTRICT MAGISTRATE JUDGE

Updated 11/2021                                   2



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

ANDREW P. SU

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 12th day of November, 2021

ANDREW P. SU

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

July 10, 2025.

NANCY COZINE
State Court Administrator



_____
Authorized Representative