ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
CAITLAN MCLOON, State Bar No. 302798
M. ELAINE MECKENSTOCK, State Bar No. 268861
CECILIA D. SEGAL, State Bar No. 310935
EMMANUELLE S. SOICHET, State Bar No. 290754
KATHERINE GAUMOND, State Bar No. 349453
Deputy Attorney General
  455 Golden Gate Avenue
  Suite 11000
  San Francisco, CA  94012
  Telephone:  (415) 510-4439
  Fax:  (415) 703-5480
  E-mail:  katherine.gaumond@doj.ca.gov
*Attorneys for Plaintiff State of California*
(additional counsel on signature pages)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN,** in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP,** in his official capacity as President of the United States,<br><br>Defendants. | Case No. 4:25-cv-04966-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE STATEMENT OF DECISION RE: *MULLIN V. DOE* [AND TO SET A SCHEDULE FOR LIMITED BRIEFING REGARDING THAT DECISION]**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Action filed: June 12, 2025 |

---

Joint Stip. and [Proposed] Order for Leave to File Statement of Decision re: *Mullin v. Doe* (4:25-cv-04966-HSG)

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, Plaintiffs State of California et al. and Defendants United States et al. (together, "Parties"), acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, this Court heard Defendants' motion to dismiss Plaintiffs' complaint on February 19, 2026, ECF 234;

WHEREAS, on June 25, 2026, the Supreme Court decided *Mullin v. Doe*, 609 U.S. __, 146 S. Ct. 2121, 2133 (2026);

WHEREAS, the Parties agree that *Mullin v. Doe* is relevant to the pending motion to dismiss in this case but disagree as to how the decision is relevant;

WHEREAS, this Court's Local Rules do not appear to provide a mechanism for the Parties to bring supplemental authority to the Court's attention after a hearing has been held, *see* Civil Local Rule 7-3(d)(2) (providing such a mechanism before the hearing date);

WHEREAS, the Parties desire to bring this decision to the Court's attention through the attached Statement of Decision (Exhibit A) modeled on those contemplated by Local Rule 7-3(d)(2);

WHEREAS, the Parties thus seek leave to file the attached Statement of Decision;

WHEREAS, should the Court so desire, the Parties are prepared to provide their positions on the relevance of *Mullin v. Doe* in short briefs of no more than 350 words (the word limit allowed for letters concerning supplemental authorities under Federal Rule of Appellate Procedure 28(j));

WHEREAS, Plaintiffs respectfully request that any deadline to provide briefing on the relevance of *Mullin v. Doe* be no earlier than August 28, 2026 because California's lead counsel is largely unavailable until August 20 due to a long-planned vacation and a hearing on August 19 in another matter;

NOW, THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

1.    The attached Statement of Decision (Exhibit A) be deemed filed.

2.    [*Defendants shall file a brief of no more than 350 words concerning Mullin v. Doe's relevance to the pending motion to dismiss on or before August 21, 2026.*

1

3.    [*Plaintiffs shall file a brief of no more than 350 words concerning Mullin v. Doe's relevance to the pending motion to dismiss on or before August 28, 2026.*]

**IT IS SO STIPULATED.**

Dated:  August 12, 2026                                  Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Katherine Gaumond*
KATHERINE GAUMOND
Deputy Attorney General
*Attorneys for Plaintiff State of California*

**PHILIP J. WEISER**
*Attorney General for the State of Colorado*

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM*
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov

**KATHLEEN JENNINGS**
*Attorney General of the State of Delaware*

By: */s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**ANDREA JOY CAMPBELL**
*Attorney General for the Commonwealth of Massachusetts*

*/s/ Seth Schofield*
SETH SCHOFIELD*
Senior Appellate Counsel
JON WHITNEY*
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

**JENNIFER DAVENPORT**
*Attorney General for the State of New Jersey*

*/s/ Lisa J. Morell*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street, PO Box 093
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

2

Joint Stip. and [Proposed] Order for Leave to File Statement of Decision re: *Mullin v. Doe* (4:25-cv-04966-HSG)

**RAÚL TORREZ**
*Attorney General for the State of New Mexico*

 */s/ William Grantham*
WILLIAM GRANTHAM*
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
 (505) 717-3520
wgrantham@nmdoj.gov

**LETITIA JAMES**
*Attorney General for the State of New York*

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR*
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

**DAN RAYFIELD**
*Attorney General for the State of Oregon*

*/s/ Paul Garrahan*
PAUL GARRAHAN*
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Admitted pro hac vice*

**PETER F. NERONHA**
*Attorney General for the State of Rhode Island*

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ*
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

**CHARITY R. CLARK**
*Attorney General for the State of Vermont*

*/s/ Hannah Yindra*
HANNAH YINDRA*
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**NICHOLAS W. BROWN**
*Attorney General for the State of Washington*

*/s/ Alexandria Doolittle*
ALEXANDRIA K. DOOLITTLE*
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

3

ERIC J. HAMILTON
*Deputy Assistant Attorney General*
Civil Division

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch

ROBERT N. STANDER
(DC Bar #1028454)
*Deputy Assistant Attorney General*

STEPHEN M. PEZZI (FL Bar #1041279)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
stephen.pezzi@usdoj.gov
(202) 305-8576

*/s/ Jeffrey Hughes*
JEFFREY HUGHES
(NY Bar #5367214)
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 7611
Washington, D.C. 20044
(202) 717-7067 (Stander)
(202) 532-3080 (Hughes)
robert.stander@usdoj.gov
jeffrey.hughes@usdoj.gov

*Attorneys for Defendants*

Pursuant to Local Rule 5-1(i), I attest that all signatories to this document concurred in its filing.

*/s/ Katherine Gaumond*
Katherine Gaumond
Counsel for Plaintiff State of California

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge

7