ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
KATHERINE GAUMOND, State Bar No. 349453
CAITLAN MCLOON, State Bar No. 302798
CECILIA D. SEGAL, State Bar No. 310935
EMMANUELLE S. SOICHET, State Bar No. 290754
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0299
Fax: (510) 622-2270
E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Plaintiff State of California*
(additional counsel on signature pages)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT,** and **STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN**, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and **DONALD J. TRUMP**, in his official capacity as President of the United States,<br><br>Defendants. | 4:25-cv-04966-HSG<br><br>**PLAINTIFFS' BRIEF REGARDING *MULLIN V. DOE* (PURSUANT TO ECF 249)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 12, 2025 |

In *Mullin v. Doe*, 146 S. Ct. 2121 (2026), the Supreme Court exercised independent judgment to interpret a statute precluding review of "determination[s] … with respect to the … termination … of a designation[] of a foreign state under this subsection." 8 U.S.C. § 1254a(b)(5)(A). *Mullin*'s broad reading of "determination" has little bearing here, both because it was supported by the phrase "with respect to," 146 S. Ct. at 2133, and because, unlike in *Mullin*, the parties here dispute whether the agency acted "under" the relevant statute. Far more germane is the Court's use of the traditional tools of construction to decide the threshold question whether the jurisdiction-stripping provision applied to the agency's conduct at all. *Id.* at 2133-2137. While the Court ultimately concluded that judicial review was barred, it did not defer to the government's interpretation or invocation of the jurisdiction-stripping provision. Quite the opposite: the Court reiterated "the traditional and basic principle that executive determinations generally are subject to judicial review." *Id.* at 2134 (cleaned up).

The United States now argues that this principle is reversed as to "an agency's compliance with congressional reporting obligations." ECF 251, at 2. But Plaintiffs do not challenge the adequacy of any "purely informational" report sent to Congress. *Contra Guerrero v. Clinton*, 157 F.3d 1190, 1194-95 (9th Cir. 1998); *NRDC v. Hodel*, 865 F.2d 288, 316-17 (D.C. Cir. 1988). *See also Teva Pharmaceuticals USA v. Kennedy*, 2026 WL 2409591 at *9 (D.C. Cir. Aug. 18, 2026) (distinguishing objections to the quality of agency reasoning from challenges to agency authority). EPA's conduct here "ma[d]e [a] legal difference" to the agency, Congress, and Plaintiffs. *Guerrero*, 157 F.3d at 1195. Moreover, "[o]nce we expand our aperture" to the full statute, *Mullin*, 146 S. Ct. at 2136, it is clear that EPA's conduct was not "under" the CRA because it did not concern a "rule," 5 U.S.C. § 804(3); *see also id.* § 801(a)(1)(A). The definition of "rule" supplies a "judicially manageable standard[]," *Guerrero*, 157 F.3d at 1196 (quotation omitted), to decide whether Section 805's judicial-review bar applies in this case. It does not.

Dated: August 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Plaintiffs*

**PHILIP J. WEISER**
*Attorney General for the State of Colorado*

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM*
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.noteboom@coag.gov

**ANDREA JOY CAMPBELL**
*Attorney General for the Commonwealth of Massachusetts*

*/s/ Seth Schofield*
SETH SCHOFIELD*
Senior Appellate Counsel
JON WHITNEY*
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

**KATHLEEN JENNINGS**
*Attorney General of the State of Delaware*

By: */s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**JENNIFER DAVENPORT**
*Attorney General for the State of New Jersey*

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street, PO Box 093
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

**RAÚL TORREZ**
*Attorney General for the State of New Mexico*

*/s/ William Grantham*
WILLIAM GRANTHAM*
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

**PETER F. NERONHA**
*Attorney General for the State of Rhode Island*

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ*
Special Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

**LETITIA JAMES**
*Attorney General for the State of New York*

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR*
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

**CHARITY R. CLARK**
*Attorney General for the State of Vermont*

*/s/ Hannah Yindra*
HANNAH YINDRA*
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**DAN RAYFIELD**
*Attorney General for the State of Oregon*

*/s/ Paul Garrahan*
PAUL GARRAHAN*
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**NICHOLAS W. BROWN**
*Attorney General for the State of Washington*

*/s/ Alexandria Doolittle*
ALEXANDRIA K. DOOLITTLE*
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

**Admitted pro hac vice*