UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF MASSACHUSETTS, named as Commonwealth of Massachusetts; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF OREGON,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP; LEE ZELDIN; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES OF AMERICA,

Defendants - Appellees,

WESTERN STATES TRUCKING ASSOCIATION and CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC.,

Intervenor-Defendants - Appellants,

and

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, ILLINOIS CORN GROWERS ASSOCIATION, INDIANA CORN GROWERS

No. 25-8013

D.C. No.
4:25-cv-04966-HSG

Northern District of California, Oakland

MANDATE

ASSOCIATION, IOWA CORN GROWERS ASSOCIATION, KANSAS CORN GROWERS ASSOCIATION, KENTUCKY CORN GROWERS ASSOCIATION, MICHIGAN CORN GROWERS ASSOCIATION, MISSOURI CORN GROWERS ASSOCIATION, NEBRASKA CORN GROWERS ASSOCIATION, TENNESSEE CORN GROWERS ASSOCIATION, TEXAS CORN PRODUCERS, WISCONSIN CORN GROWERS ASSOCIATION, NATIONAL CORN GROWERS ASSOCIATION, STATE OF TEXAS, ALLIANCE FOR AUTOMOTIVE INNOVATION, NATIONAL AUTOMOBILE DEALER'S ASSOCIATION,

Intervenor-Defendants,

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF CONVENIENCE STORES,

Intervenors.

STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF OREGON,

No. 26-88

D.C. No.
4:25-cv-04966-HSG

Northern District of California, Oakland

Plaintiffs - Appellees,

NATIONAL ASSOCIATION OF CONVENIENCE STORES,

Intervenor-Plaintiff,

v.

UNITED STATES OF AMERICA, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, DONALD J. TRUMP,

Defendants,

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; ILLINOIS CORN GROWERS ASSOCIATION; INDIANA CORN GROWERS ASSOCIATION; IOWA CORN GROWERS ASSOCIATION; KANSAS CORN GROWERS ASSOCIATION; KENTUCKY CORN GROWERS ASSOCIATION; MICHIGAN CORN GROWERS ASSOCIATION; MISSOURI CORN GROWERS ASSOCIATION; NEBRASKA CORN GROWERS ASSOCIATION; TENNESSEE CORN GROWERS ASSOCIATION; TEXAS CORN PRODUCERS; WISCONSIN CORN GROWERS ASSOCIATION; NATIONAL CORN GROWERS ASSOCIATION,

Intervenor-Defendants - Appellants,

and

STATE OF TEXAS, ALLIANCE FOR AUTOMOTIVE INNOVATION, NATIONAL AUTOMOBILE DEALER'S ASSOCIATION, WESTERN STATES TRUCKING ASSOCIATION, CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC., AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE,

Intervenor-Defendants.

---

STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF OREGON,

Plaintiffs - Appellees,

v.

UNITED STATES OF AMERICA, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, DONALD J. TRUMP,

Defendants,

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, ILLINOIS CORN GROWERS ASSOCIATION, INDIANA CORN GROWERS ASSOCIATION, IOWA CORN

No. 26-497

D.C. No.
4:25-cv-04966-HSG

Northern District of California, Oakland

GROWERS ASSOCIATION, KANSAS CORN GROWERS ASSOCIATION, KENTUCKY CORN GROWERS ASSOCIATION, MICHIGAN CORN GROWERS ASSOCIATION, MISSOURI CORN GROWERS ASSOCIATION, NEBRASKA CORN GROWERS ASSOCIATION, TENNESSEE CORN GROWERS ASSOCIATION, TEXAS CORN PRODUCERS, WISCONSIN CORN GROWERS ASSOCIATION, NATIONAL CORN GROWERS ASSOCIATION, STATE OF TEXAS, ALLIANCE FOR AUTOMOTIVE INNOVATION, NATIONAL AUTOMOBILE DEALER'S ASSOCIATION, WESTERN STATES TRUCKING ASSOCIATION, CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC.,

Intervenor-Defendants,

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF CONVENIENCE STORES,

Intervenor-Defendants - Appellants.

---

STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF NEW

No. 26-525

D.C. No.
4:25-cv-04966-HSG

MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF OREGON,

Plaintiffs - Appellees,

v.

UNITED STATES OF AMERICA, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, DONALD J. TRUMP,

Defendants,

ALLIANCE FOR AUTOMOTIVE INNOVATION and NATIONAL AUTOMOBILE DEALER'S ASSOCIATION,

Intervenor-Defendants - Appellants,

and

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, ILLINOIS CORN GROWERS ASSOCIATION, INDIANA CORN GROWERS ASSOCIATION, IOWA CORN GROWERS ASSOCIATION, KANSAS CORN GROWERS ASSOCIATION, KENTUCKY CORN GROWERS ASSOCIATION, MICHIGAN CORN GROWERS ASSOCIATION, MISSOURI CORN GROWERS ASSOCIATION, NEBRASKA CORN GROWERS ASSOCIATION, TENNESSEE CORN GROWERS ASSOCIATION, TEXAS

Northern District of California, Oakland

CORN PRODUCERS, WISCONSIN CORN GROWERS ASSOCIATION, NATIONAL CORN GROWERS ASSOCIATION, STATE OF TEXAS, WESTERN STATES TRUCKING ASSOCIATION, CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC., AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF CONVENIENCE STORES,

Intervenor-Defendants.

The judgment of this Court, entered July 21, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT