FILED

SEP 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA; et al.,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP; et al.,

Defendants - Appellees,

WESTERN STATES TRUCKING ASSOCIATION and CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC.,

Intervenor-Defendants - Appellants,

and

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,

Intervenor-Defendants,

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS; et al.,

Intervenors.

No. 25-8013

D.C. No.
4:25-cv-04966-HSG
Northern District of California,
Oakland

ORDER

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>NATIONAL ASSOCIATION OF CONVENIENCE STORES,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants,<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>Intervenor-Defendants - Appellants,<br><br>and<br><br>STATE OF TEXAS; et al.,<br><br>Intervenor-Defendants. | No. 26-88<br><br>D.C. No.<br>4:25-cv-04966-HSG<br><br>Northern District of California, Oakland |
| STATE OF CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants, | No. 26-497<br><br>D.C. No.<br>4:25-cv-04966-HSG<br><br>Northern District of California, Oakland |

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,

Intervenor-Defendants,

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF CONVENIENCE STORES,

Intervenor-Defendants - Appellants.

---

STATE OF CALIFORNIA; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES OF AMERICA; et al.,

Defendants,

ALLIANCE FOR AUTOMOTIVE INNOVATION and NATIONAL AUTOMOBILE DEALER'S ASSOCIATION,

Intervenor-Defendants - Appellants,

and

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,

No. 26-525

D.C. No. 4:25-cv-04966-HSG

Northern District of California, Oakland

Intervenor-Defendants.

The mandate issued on 9/3/2026 is recalled as issued in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT