UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DONALD J. TRUMP; et al.,<br><br>Defendants - Appellees,<br><br>WESTERN STATES TRUCKING ASSOCIATION and CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC.,<br><br>Intervenor-Defendants - Appellants,<br><br>and<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>Intervenor-Defendants,<br><br>and<br><br>AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS; et al.,<br><br>Intervenors. | No. 25-8013<br><br>D.C. No.<br>4:25-cv-04966-HSG<br><br>Northern District of California, Oakland<br><br>MANDATE |
| STATE OF CALIFORNIA; et al., | No. 26-88 |

| | |
|---|---|
| Plaintiffs - Appellees,<br><br>NATIONAL ASSOCIATION OF CONVENIENCE STORES,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants,<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>Intervenor-Defendants - Appellants,<br><br>and<br><br>STATE OF TEXAS; et al.,<br><br>Intervenor-Defendants. | D.C. No.<br>4:25-cv-04966-HSG<br><br>Northern District of California, Oakland |

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants,<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,<br><br>Intervenor-Defendants, | No. 26-497<br><br>D.C. No.<br>4:25-cv-04966-HSG<br><br>Northern District of California, Oakland |

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and AMERICAN PETROLEUM INSTITUTE, NATIONAL ASSOCIATION OF CONVENIENCE STORES,

Intervenor-Defendants - Appellants.

---

STATE OF CALIFORNIA; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES OF AMERICA; et al.,

Defendants,

ALLIANCE FOR AUTOMOTIVE INNOVATION and NATIONAL AUTOMOBILE DEALER'S ASSOCIATION,

Intervenor-Defendants - Appellants,

and

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; et al.,

Intervenor-Defendants.

No. 26-525

D.C. No.
4:25-cv-04966-HSG

Northern District of California, Oakland

The judgment of this Court, entered July 21, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT