UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WASHINGTON,

Plaintiffs,

v.

UNITED STATES OF AMERICA, U.S. ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and DONALD J. TRUMP, in his official capacity as President of the United States,

Defendants.

No. 4:25-cv-04966-HSG

**JOINT STIPULATION**

Date: None Set
Time: None Set
Judge: Hon. Haywood S. Gilliam, Jr.

**Joint Stipulation**

The parties jointly submit this Stipulation to case-management conditions in response to the Court's September 22, 2026 case management conference, *see* ECF No. 262:

1. Intervenors and proposed intervenors stipulate that they will not raise any counterclaims or cross claims in this civil action. Plaintiff States stipulate that they will not assert the failure to raise a counterclaim in this action as a defense in any subsequent litigation between one or more Plaintiff States and one or more of the intervenors or proposed intervenors.

2. Intervenors and proposed intervenors stipulate that they agree to coordinate and jointly brief and argue all dispositive motions should further dispositive motions be necessary, as requested by Plaintiff States in page 4 of the parties' Joint Case Management Statement, ECF No. 257.

3. Intervenors and proposed intervenors stipulate that they agree to coordinate and jointly submit all non-dispositive filings unless the filing requires the participation of only one intervenor or group of jointly represented intervenors.

4. Finally, all parties stipulate that they will meet and confer at least two weeks before filing any further dispositive motions in this case, should any be necessary, and to submit a joint proposed briefing schedule to the Court at least one week before filing.

The Plaintiff States' agreement to these conditions does not represent Plaintiff States' agreement to permissive intervention by the proposed intervenors.

[Signature block begins on next page]

Dated: September 29, 2026

Respectfully submitted,

Steven P. Lehotsky* (DC 992765)
Michael B. Schon* (DC 989893)
Lehotsky Cohn LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001
Email: steve@lehotskycohn.com
Email: mike@lehotskycohn.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

/s/ Katherine C. Yarger
Katherine C. Yarger* (CO 40387)
Lehotsky Cohn LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lehotskycohn.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for American Fuel & Petrochemical Manufacturers, American Petroleum Institute, and the National Association of Convenience Stores*

* Admitted pro hac vice.

/s/ *Rachel Levick*
Raymond B. Ludwiszewski (*pro hac vice*)
Rachel Levick (*pro hac vice*)
GIBSON, DUNN & CRUTCHER
1700 M Street, NW
Washington, DC 20036
Tel.: 202-955-8500
Fax: 202-467-0539
rludwiszewski@gibsondunn.com
rlevick@gibsondunn.com
Sean Howell, Bar No. 315967
GIBSON, DUNN & CRUTCHER
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415-393-8355
Fax: 415-801-7364
showell@gibsondunn.com
*Attorneys for Intervenor-Defendants The Alliance for Automotive Innovation and The National Automobile Dealers Association*

*/s/ Michael Buschbacher*
Michael Buschbacher (*pro hac vice*)
James R. Conde (*pro hac vice*)
James R. Wedeking (*pro hac vice*)
Laura B. Ruppalt (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Avenue NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

John B. Thomas (Bar No. 269538)
Jessica Wahl (Bar No. 321887)
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 241-8414
jthomas@hicks-thomas.com

*Attorneys for Intervenor-Defendant American Free Enterprise Chamber of Commerce, and Proposed Intervenor-Defendants Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Missouri, Nebraska, and Tennessee, and Wisconsin Corn Growers Associations, Texas Corn Producers, and National Corn Growers Association*

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Plaintiff State of California*

PHILIP J. WEISER
*Attorney General for the State of Colorado*

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
Carrie.Noteboom@coag.gov

KATHLEEN JENNINGS
*Attorney General of the State of Delaware*

/s/ *Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

ANDREA JOY CAMPBELL
*Attorney General for the Commonwealth of Massachusetts*

*/s/ Seth Schofield*
SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

MATTHEW J. PLATKIN
*Attorney General for the State of New Jersey*

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

RAÚL TORREZ
*Attorney General for the State of New Mexico*

*/s/ J. Spenser Lotz**
J. SPENSER LOTZ
Assistant Attorney General
Environmental Protection Bureau
201 Third St. NW, Suite 300
Albuquerque, New Mexico 87102
(505) 616-7560
slotz@nmdoj.gov

* pro hac vice application forthcoming

LETITIA JAMES
*Attorney General for the State of New York*

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

CHARITY R. CLARK
*Attorney General for the State of Vermont*

/s/ *Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

DAN RAYFIELD
*Attorney General for the State of Oregon*

/s/ Paul Garrahan
PAUL GARRAHAN
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

PETER F. NERONHA
*Attorney General for the State of Rhode Island*

/s/ Nicholas M. Vaz
NICHOLAS M. VAZ
Assistant Attorney General
Office of the Attorney General
Chief, Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

NICHOLAS W. BROWN
*Attorney General for the State of Washington*

/s/ Alexandria Doolittle
ALEXANDRIA K. DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*
JEFFREY HUGHES (NY Bar #5367214)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 717-7067 (Stander)
(202) 532-3080 (Hughes)
Email: robert.stander@usdoj.gov
jeffrey.hughes@usdoj.gov

MEGAN L. OWEN
*Principal Deputy Assistant Attorney General*
Civil Division

JOSEPH E. BORSON
*Assistant Branch Director*
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (FL Bar #1041279)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
*Attorneys for Defendants*

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories to this document concurred in this filing.

*/s/ Michael Buschbacher*
Michael Buschbacher

*Attorney for Intervenor-Defendant American Free Enterprise Chamber of Commerce, and Proposed Intervenor-Defendants Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Missouri, Nebraska, Tennessee, and Wisconsin Corn Growers Associations, Texas Corn Producers, and National Corn Growers Association*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________

_________________________________
HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge